1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
5 | FACSIMILE:    (619) 232-4840

FILED

2008 MAY 28  AM 11: 20

SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KMK _____DEPUTY

6 | Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7 | HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
COMPANY, LLC

8

9 |                  UNITED STATES DISTRICT COURT

10 |                SOUTHERN DISTRICT OF CALIFORNIA

11

12 | FLORENCE BEARDSLEE,                         CASE NO.  '08 CV 0938 L JMA

13 |                  Plaintiff,                  Action Date:    August 14, 2007

14 | vs.                                          NOTICE OF REMOVAL OF CIVIL ACTION

15 | HARRAH'S OPERATING COMPANY, INC.;           [Pursuant to 2. *U.S.C.* §§ 1332(a), 1441(a)]
HARRAH'S ENTERTAINMENT, INC.;
16 | HARRAH'S RINCON CASINO & RESORT;
HARRAH'S MARKETING SERVICES
17 | CORPORATION; HARRAH'S LICENSE
COMPANY, LLC and DOES 1 to 100,
18 | inclusive,

19 |                  Defendants.

20

21 |        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22

23 |        PLEASE TAKE NOTICE that *Specially Appearing* Defendants HARRAH'S OPERATING

24 | COMPANY, INC.; HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO &

25 | RESORT; HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE

26 | COMPANY, LLC hereby remove to the United States District Court, Southern District of

27 | California, San Diego County, Superior Court Case No. 37-2007-00055259 CU-PO-NC (the

28 | "State Action").

4839-3817-8306.1                                NOTICE OF REMOVAL OF CIVIL ACTION

1          Removal is based upon diversity jurisdiction in that the Plaintiff and *Specially Appearing*

2    Defendants are citizens of different states, and the amount in controversy exceeds $75,000.00. (28

3    *U.S.C.* §§ 1332(a), 1441(a).)

4

5          Pursuant to 28 *U.S.C.* §1446(a), attached hereto collectively as Exhibit A is the entirety of

6    the State Court file. No further proceedings have been had or documents filed in the Superior

7    Court for the County of San Diego.

8

9          This Notice of Removal is timely in that it has been filed within thirty (30) days of

10   *Specially Appearing* Defendants' receipt of the Summons and Complaint.

11

12   **A.    Removal Is Proper Based on Diversity Jurisdiction.**

13          1.    Plaintiff Florence Beardslee is a citizen of California.

14

15          2.    *Specially Appearing* Defendants Harrah's Operating Company, Inc.; Harrah's

16   Entertainment, Inc.; Harrah's Rincon Casino & Resort; Harrah's Marketing Services Corporation;

17   and Harrah's License Company, LLC are not citizens of California because they are neither

18   incorporated in California nor have their principal places of business in California. *Specially*

19   *Appearing* Defendants Harrah's Operating Company, Inc. and Harrah's Entertainment, Inc. are

20   Delaware corporations headquartered in Las Vegas, Nevada. *Specially Appearing* Defendant

21   Harrah's Marketing Services Corporation is a Nevada corporation headquartered in Las Vegas,

22   Nevada. Harrah's License Company, LLC is a Nevada limited liability company with its principal

23   place of business located in Nevada. *Specially Appearing* Defendant Harrah's Rincon Casino &

24   Resort is not a legal entity.

25

26          3.    Plaintiff alleges causes of action against *Specially Appearing* Defendants based on

27   general negligence. (Complaint, pp. 3-4.) Plaintiff claims damages for wage loss, hospital and

28   medical expenses, general damages, and loss of earning capacity. As such, it is facially apparent

1   that Plaintiff's claims exceed $75,000.00, satisfying the minimum amount in controversy

2   requirement for diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

3

4       WHEREFORE, pursuant to 28 U.S.C. §§ 1332 and 1441, *Specially Appearing* Defendants

5   remove this case from the Superior Court of the State of California in and for the County of San

6   Diego to the United States District Court for the Southern District of California.

7

8                                   SHEA STOKES ROBERTS & WAGNER, ALC

9

10  Dated:  May 28, 2008          By:  _____

11                                     Maria C. Roberts
                                       Ronald R. Giusso
12                                     Attorneys for *Specially Appearing* Defendants
                                       HARRAH'S OPERATING COMPANY, INC.;
13                                     HARRAH'S ENTERTAINMENT, INC.;
                                       HARRAH'S RINCON CASINO & RESORT;
14                                     HARRAH'S MARKETING SERVICES
                                       CORPORATION; and HARRAH'S LICENSE
15                                     COMPANY, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

4839-3817-8306.1                 -3-        NOTICE OF REMOVAL OF CIVIL ACTION

| | SUM-100 |
|---|---|

**SUMMONS**
**(CITACION JUDICIAL)**

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Harrah's Operating Company, Inc.; Harrah's
Entertainment, Inc.; Harrah's Rincon Casino & Resort;
Harrah's Marketing Services Corporation; Harrah's
License Company, LLC and Does 1 to 100, Inclusive.

FILED
NORTH COUNTY ...
2007 AUG 14  PM 3: 05
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY CA

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Florence Beardslee

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* 37-2007-00055259-CU-PO-NC |

San Diego Superior Court
325 South Melrose
325 South Melrose
Vista, CA  92081
North County Regional Center

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Lawrence S. Eisenberg, Esq. SBN 114120          (949)753-1500     (949)753-1516
Eisenberg & Gray LLP
8105 Irvine Center Drive, Suite 560
Irvine, CA  92618

| DATE: **AUG 1 4 2007** | Clerk, by _Toni Ozenbaugh_ | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* TONI OZENBAUGH | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|---|



1  Lawrence S. Eisenberg, Esq.
    Law Offices of
2  EISENBERG & GRAY LLP
    8105 Irvine Center Drive, Suite 560
3  Irvine, California 92618
    (949) 753-1500
4  (949) 753-1516 (Facsimile)

5  Attorneys for Plaintiff

6

7

                            SUPERIOR COURT OF CALIFORNIA
8
                COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION
9

10

| | |
|---|---|
| 11  FLORENCE BEARDSLEE, | ) CASE NO.: **37-2007-00055259-CU-PO-NC** |
| | ) ASSIGNED FOR ALL PURPOSES: |
| 12           Plaintiff, | ) JUDGE |
| | ) DEPT. |
| 13  vs. | ) |
| | ) DATE ACTION WAS FILED: |
| 14  HARRAH'S OPERATING COMPANY, | ) TRIAL DATE: No trial date has been set |
|       INC.; HARRAH'S ENTERTAINMENT, | ) |
| 15  INC.; HARRAH'S RINCON CASINO & | ) **COMPLAINT FOR NEGLIGENCE AND** |
|       RESORT; HARRAH'S MARKETING | ) **DAMAGES** |
| 16  SERVICES CORPORATION; HARRAH'S | ) |
|       LICENSE COMPANY, LLC and DOES 1 to | ) |
| 17  100, inclusive, | ) |
| | ) |
| 18           Defendants. | ) |
| | ) |

19

20       Plaintiff, FLORENCE BEARDSLEE, hereby alleges as follows:

21                        **GENERAL ALLEGATIONS**

22       1.  Plaintiff, FLORENCE BEARDSLEE, is an individual, and at all relevant times was a

23  resident of the County of Orange, State of California.

24       2.  The tortious conduct giving rise to this lawsuit occurred in Valley Center in the County

25  of San Diego, State of California.

26       3.  Plaintiff is informed and believes that the defendants include: HARRAH'S

27  OPERATING COMPANY, INC., a Delaware corporation, which is a subsidiary of HARRAH'S

28  ENTERTAINMENT, INC., which owns, operates and/or manages HARRAH'S RINCON

-1-

1  CASINO & RESORT, located at 777 Harrah's Rincon Way, in Valley Center, County of San

2  Diego, California.  On information and belief, plaintiff alleges that HARRAH'S MARKETING

3  SERVICES CORPORATION AND HARRAH'S LICENSE COMPANY, LLC, are affiliated with

4  the Harrah's Companies that own, operate, and or manage the HARRAH'S RINCON CASINO &

5  RESORT in Valley Center, California.

6      4.   The true names or capacities of the defendants designated as DOES 1-100, inclusive,

7  whether individual, corporate, associate or otherwise, are unknown to plaintiff at the time of the

8  filing of this Complaint, and plaintiff therefore sues these defendants by such fictitious names and

9  will ask leave of the Court to amend this Complaint to show their true names and capacities when

10 the same have been ascertained.  Plaintiff is informed and believes and thereon alleges, that each of

11 the DOE defendants is in some manner responsible for the events and happenings herein set forth

12 that proximately caused injuries and damages to the plaintiffs as herein alleged.

13     5.  At all times herein mentioned, each of the defendants was the agent, servant or

14 employee of each of the other remaining defendants and was at all times herein mentioned acting

15 within the course and scope of such agency and/or employment.

16     6.    Plaintiff is informed and believes, and thereupon alleges, that at all times herein

17 mentioned, including August 20, 2005, the defendants herein and DOES 1-25 inclusive, owned,

18 occupied, managed, maintained and/or controlled the hotel and resort known as HARRAH'S

19 RINCON CASINO & RESORT located at 777 Harrah's Rincon Way, Valley Center, California.

20     7.  On the date of the subject incident, August 20, 2005, defendants, and each of them and

21 DOES 1-25, so negligently managed, maintained and supervised their agents and employees at the

22 subject location, known as the HARRAH'S RINCON CASINO & RESORT, at which time an

23 agent or employee of defendants herein, pushed and rammed an overloaded baggage cart into

24 Plaintiff FLORENCE BEARDSLEE, thereby causing her to sustain serious injuries and damages

25 as alleged herein.

26 //

27 //

28 //

-2-

COMPLAINT FOR NEGLIGENCE AND DAMAGES

## FIRST CAUSE OF ACTION
### FOR NEGLIGENCE AGAINST DEFENDANTS,
HARRAH'S OPERATING COMPANY, INC., HARRAH'S ENTERTAINMENT, INC.,
HARRAH'S RINCON CASINO & RESORT, HARRAH'S MARKETING SERVICES
CORPORATION, HARRAH'S LICENSE COMPANY, LLC, AND DOES 1
THROUGH 25, INCLUSIVE

8.   Plaintiff repeats, repleads and incorporates by reference the allegations contained in the above paragraphs of this complaint 1 through 7 and incorporates the same by reference as though fully set forth at length.

9.   At all times mentioned herein, defendants, and each of them and DOES 1-25, are the owners, operators, and/or managers responsible for the operation and management of the HARRAH'S RINCON CASINO & RESORT, as well as for the supervision of all agents and employees who were performing services for the guests of the resort, including Plaintiff FLORENCE BEARDSLEE.

10.   At all times mentioned herein, defendants and each of them and DOES 1-25 inclusive, had a duty to properly operate and manage the HARRAH'S RINCON CASINO & RESORT and properly supervise and direct all agents and employees working and performing services for the guests and other invites at the subject location, as well as to avoid or eliminate negligent conduct, which created a danger of bodily harm to persons lawfully on the property, including but not limited to the plaintiff herein.

11.   At said time and place, defendants, and DOES 1-25 inclusive and each of them, negligently, recklessly, tortiously, wrongfully, and unlawfully managed and operated the hotel and resort and failed to properly supervise, instruct, and direct their agents and employees, such that an agent or employee negligently operated an overloaded baggage cart in such a manner that it struck Plaintiff Florence Beardslee which caused her serious medical injuries and damages.

12.   As a direct and legal result of the negligence of defendants, and each of them, plaintiff FLORENCE BEARDSLEE was hurt and injured in her health, strength and activities, sustaining medical injuries, which has caused and continues to cause plaintiff mental and physical pain and suffering and emotional distress.  Plaintiff is informed and believes and thereon alleges that said injuries have resulted in a permanent disability to her, all to her general damage, in such sums as

-3-

1  will be proven at time of trial.

2       13.  As a further legal result of the negligence of defendants, and each of them, plaintiff

3  was required to, and did, and will in the future, employ physicians and surgeons to examine, treat

4  and care for her; employ specially trained persons to supply care and services and did, and will in

5  the future, incur medical and incidental expenses for such care and services.  The exact amount of

6  such expense is unknown to plaintiff at this time and plaintiff will ask leave of court to amend this

7  complaint to set forth the exact amount, including prejudgment interest, when the same has been

8  ascertained.

9       14.  As a further legal result of the negligence of defendants, and each of them, plaintiff

10  will be prevented from attending to her usual occupation or any occupation for an indefinite period

11  in the future, to her further damage in a sum, including prejudgment interest, according to proof.

12      **WHEREFORE**, plaintiff, FLORENCE BEARDSLEE, prays for judgment against the

13  defendants, and each of them, as follows:

14      <u>**AS TO ALL CAUSES OF ACTION:**</u>

15      1.  For general damages, in an amount according to proof at the time of trial;

16      2.  For special damages, in an amount according to proof at the time of trial;

17      3.  For loss of past earnings and impaired future earning capacity according to proof at the

18  time of trial;

19      4.  For costs of suit incurred herein;

20      5.  For pre-judgment interest provided by law, including but not limited to California <u>Civil</u>

21  <u>Code</u> §3291;  and

22      6.  For such other and further relief as the Court deems just and proper.

23

24            EISENBERG & GRAY LLP

25

26  DATED: August 13, 2007    By _____
          LAWRENCE S. EISENBERG

27            Attorneys for Plaintiff,
          FLORENCE BEARDSLEE

28

COMPLAINT FOR NEGLIGENCE AND DAMAGES

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Addr...) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Lawrence S. Eisenberg, SBN 114120 | | (949) 753-1500 | |
| 8105 Irvine Center Dr Ste 560 | | | |
| Irvine | CA | 92618 | |
| ATTORNEY FOR (Name | Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
SAN DIEGO COUNTY SUPERIOR COURT, VISTA

SHORT TITLE OF CASE
BEARDSLEE V. HARRAH'S

| 1369127 | (HEARING) Date | Time | Dept N-27 | Case Number: 37200700055259CUPONC |
|---|---|---|---|---|
| | | | | REFERENCE NO. 1195 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   CIVIL CASE COVER SHEET
   PLAINTIFF'S STATEMENT OF DAMAGES
   NOTICE OF CASE ASSIGNMENT
   NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE W/ BLANK STIPULATION
   NOTICE OF CHANGE OF FIRM NAME

3. A. PARTY SERVED:   Harrah's Marketing Services Corporation

   CSC Lawyers, Agent for Service

   B. PERSON SERVED:   BECKY DE GEORGE, PERSON AUTHORIZED TO RECEIVE.
   CAUCASIAN FEMALE 47YRS 5'7" 170LBS. BLOND HAIR.

4. C. ADDRESS:    2730 Gateway Oaks Dr
   Sacramento              CA          95833

5. I SERVED THE PARTY NAMED IN ITEM 3

   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
   AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.   ON    4/28/2008  AT   12:17:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
   Harrah's Marketing Services Corporation
   CSC Lawyers, Agent for Service

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION  CCP 416.10

| 7a. Person Serving:   Darin        Fain | d. The fee for service was        $48.00 |
|---|---|
| b. DDS Legal Support 2900 Bristol St Costa Mesa, Ca 92626 | e. I am: (1)        not a registered California process server: (3)  X    registered California process server: (i) Independant Contractor |
| c. (714) 662-5555 | (i) Registration No: 2006-45 (i) County:   SACRAMENTO |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/1/2008

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS: 325 S. Melrose
MAILING ADDRESS: 325 S. Melrose
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: North County
TELEPHONE NUMBER: (760) 806-6346

| | |
|---|---|
| PLAINTIFF(S) / PETITIONER(S): | Florence Beardslee |
| DEFENDANT(S) / RESPONDENT(S): | Harrah's Operating Company,Inc. et.al. |

BEARDSLEE VS. HARRAH'S OPERATING COMPANY,INC.

| **NOTICE OF HEARING** | CASE NUMBER: |
|---|---|
| | 37-2007-00055259-CU-PO-NC |

Notice is given that the above-entitled case has been set for the reason listed below and at the location shown above. All inquiries regarding this notice should be referred to the court listed above.

| **TYPE OF HEARING** | **DATE** | **TIME** | **DEPT** | **JUDGE** |
|---|---|---|---|---|
| Certificate of Progress Hearing | 05/09/2008 | 11:00 am | N-27 | Jacqueline M. Stern |

RE CERTIFICATE OF SERVICE

Counsel must be prepared for any legal reason why the time standard pursuant to Division II of the Superior Court Local Rules should not be met.

The hearing may be vacated by filing the required document within two days prior to the hearing.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

North County
325 S. Melrose
Vista, CA 92081

**SHORT TITLE:** Beardslee vs. Harrah's Operating Company, Inc.

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: |
|---|---|
| | 37-2007-00055259-CU-PO-NC |

I certify that I am not a party to this cause. I certify that a true copy of the NOTICE OF HEARING was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at <u>Vista</u>, California, on <u>03/26/2008</u>.

Clerk of the Court, by: _____ , Deputy
Y. Valdez

LAWRENCE S. EISENBERG
Law Offices of Eisenberg & Gray LLP
9210 Irvine Center Drive
Irvine, CA 92618

---

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY*(Name, state bar number, and address):*<br>Lawrence S. Eisenberg    SBN #114120<br>Law Offices of Lawrence S. Eisenberg & Associates<br>9210 Irvine Center Drive<br>Irvine. CA 92618<br>TELEPHONE NO:  (949) 753-1500    FAX NO:  (949) 753-1516<br>ATTORNEY FOR *(Name):*    Plaintiff Florence Beardslee | FOR COURT USE ONLY<br><br>F I L E D<br>Clerk of the Superior Court<br><br>MAR 21 2008<br><br>BY: Y. VALDEZ |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| | |
|---|---|
| PLAINTIFF(S)/PETITIONER(S)<br>FLORENCE BEARDSLEE | ☑ I/C JUDGE Hon. Jacqueline Stern |
| DEFENDANT(S)/RESPONDENT(S)<br>HARRAH'S OPERATING COMPANY, INC.  et al. | ☐ MASTER CALENDAR<br>DEPT N-27 |
| **CERTIFICATE OF:**<br>**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**<br>(San Diego Superior Court Rules: Division II, rules 2.5, 2.6, 2.7, 2.34;<br>Division IV rules 4.169 & 4.170) | CASE NUMBER<br>37-2007-00055259-CU-PO-NC |

**MUST BE FILED ON COURT APPROVED FORM WITH A STAMPED, SELF-ADDRESSED ENVELOPE OR MESSENGER SERVICE SLIP.**
The ☑ plaintiff(s)  ☐ defendant(s) in the above-entitled case. by and through their attorney(s) Eisenberg & Associates
_____ certify that: *(CHECK ONE BOX)*

3C1 ☑ Plaintiff has been unable to serve the complaint on defendant(s) HARRAH'S OPERATING CO., INC.; HARRAH'S
ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;    (May list more than one defendant)
HARRAH'S MARKETING SERVICES CORP.; HARRAH'S LICENSE CO., LLC
3C1 ☐ Plaintiff requests stay under claim for uninsured/underinsured as to: _____
                                                        (ALL or list individual(s))

3C5 ☐ Defendant was served on _____, and is unable to answer or otherwise respond.

3C8 ☐ Plaintiff served defendant on _____. but was unable to request entry of default.

Therefore, it is requested that the time be extended until _____ June 1, 2008 _____ for filing of a(n):

☑ CERTIFICATE OF SERVICE (SDSC CIV-345)
☐ ANSWER OR OTHER DEFENDANT APPEARANCE
☐ REQUEST FOR ENTRY OF DEFAULT (SDSC CIV-204)

Reason(s): Plaintiff requests additional time since the defendants finally determined which entity and which
insurance company is responsible for the handling of this claim.  We are engaged in settlement discussions
which may eliminate the need for protracted litigation.  Insurance carrier still reviewing claim.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Dated: 3/18/08 _____    _____
                                            SIGNATURE OF ATTORNEY(S)

| |
|---|
| **FOR COURT USE ONLY** |
| ☐ EXTENSION GRANTED - DOCUMENT CHECKED ABOVE SHALL BE FILED NOT LATER THAN: _____ |
| ☑ EXTENSION DENIED - THIS MATTER IS SET FOR HEARING ON: _5-9-08_ AT: 11:00 A.M. DEPT _27_<br>  ☐ INSUFFICIENT REASON FOR DELAY OF CASE.<br>  ☐ OBTAIN ORDER FOR PUBLICATION IMMEDIATELY. |
| DATED: _3-25-08_    _____<br>                                JUDGE OF THE SUPERIOR COURT |
| ☐ NOTICE TO COUNSEL REQUESTING EXTENSION: After Court's decision, you must serve a copy of this certificate and notice upon opposing |

SDSC CIV-144(Rev. 4-04)

**CERTIFICATE OF:**
**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**

1   LAWRENCE S. EISENBERG, ESQ.
    Law Offices of
2   LAWRENCE S. EISENBERG & ASSOCIATES, APC
    9210 Irvine Center Drive
3   Irvine, California  92618
    (949) 753-1500/(949) 753-1516 (Facsimile)
4
    Attorneys for Plaintiff, FLORENCE BEARDSLEE
5

6

7

8                       SUPERIOR COURT OF CALIFORNIA

9             COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

10

11  FLORENCE BEARDSLEE,                )  CASE NO.: 37-2007-00055259
                                       )  ASSIGNED FOR ALL PURPOSES:
12              Plaintiff,             )  JUDGE JACQUELINE M. STERN
                                       )  DEPT. N-27
13  vs.                               )  DATE ACTION WAS FILED: August 14, 2007
                                       )  TRIAL DATE: None set
14  HARRAH'S OPERATING COMPANY,        )
    INC.; HARRAH'S ENTERTAINMENT,      )  NOTICE OF CHANGE OF FIRM NAME
15  INC.; HARRAH'S RINCON CASINO &     )
    RESORT; HARRAH'S MARKETING         )
16  SERVICES CORPORATION; HARRAH'S     )
    LICENSE COMPANY, LLC and DOES 1 to )
17  100, inclusive,                    )
                                       )
18              Defendants.            )
                                       )
19  _____)

20      TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

21  RECORD:

22      Please take notice that effective February 7, 2008, the Law Offices of Eisenberg & Gray,

23  LLP, has changed its name to the **Law Offices of Lawrence S. Eisenberg & Associates, APC**.

24  ///

25  ///

26  ///

27  ///

    ///
28

                                     -1-
    _____
                        Notice of Change of Firm Name

The address, telephone, and facsimile numbers remain the same.

LAW OFFICES OF LAWRENCE S. EISENBERG &
ASSOCIATES, APC

DATED:  February 7, 2008      By: _____
LAWRENCE S. EISENBERG
Attorneys for Plaintiff, FLORENCE BEARDSLEE

-2-

Notice of Change of Firm Name

1    STATE OF CALIFORNIA, COUNTY OF ORANGE:

2         I am employed in the County of Orange, State of California. I am over the age of 18 and
     not a party to the within action; my business address is 9210 Irvine Center Drive, Irvine, o
3    California 92618.

4         On February 7, 2008, I served the foregoing documents described as: NOTICE OF
     CHANGE OF FIRM NAME on the interested parties in this action by placing the original or a
5    true copy thereof enclosed in a sealed envelope addressed as follows:

6    Carrier for Defendant, Harrah's:
     Ms. Diane Richardson, Claims Consultant
7    CCMSI
     P.O. Box 35350
8    Las Vegas, NV 89133-5350
     Phone: (866) 446-1424 ext. 4821
9    Fax: (702) 933-4863
     Claim No.: 05SO1T257027
10
     [ X ]    BY MAIL
11
     [ X ]    I caused such envelope to be deposited in the mail at Irvine, California. The envelope
12            was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's
              practice of collection and processing correspondence for mailing. It is deposited with the
13            U.S. Postal Service on that same day in the ordinary course of business. I am aware that
              on motion of party served, service is presumed invalid if postal cancellation date or
14            postage meter date is more than one day after date of deposit for mailing an affidavit.

15   [   ]    BY PERSONAL SERVICE

16            I caused such envelope to be delivered by hand to the offices of the addressee.

17   [   ]    BY FACSIMILE   Executed on _____ at Irvine, California.

18   [ X ]    STATE: I declare under penalty of perjury under the laws of the State of California that
              the foregoing is true and correct.
19
     [   ]    FEDERAL: I declare that I am employed in the office of a member of the bar of this court
20            at whose direction the service was made.

21

22                                 _____
23                                          LISA HICKS

24

25

26

27

28

                                        -3-

                          ────────────────────────────
                          Notice of Change of Firm Name

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Lawrence S. Eisenberg, Esq. SBN 114120<br>Law Offices of Eisenberg & Gray, LLP<br>9210 Irvine Center Drive<br>Irvine, CA 92618<br>TELEPHONE NO.: (949) 753-1500      FAX NO.: (949) 753-1516<br>ATTORNEY FOR *(Name):* FLORENCE BEARDSLEE | F I L E D<br>Clerk of the Superior Court<br>DEC 3 2007 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| PLAINTIFF(S)/PETITIONER(S)<br>FLORENCE BEARDSLEE | ☒ I/C JUDGE Hon. Jacqueline Stern |
|---|---|
| DEFENDANT(S)/RESPONDENT(S)<br>HARRAH'S OPERATING COMPANY, INC. et al. | ☐ MASTER CALENDAR<br>DEPT N-27 |
| **CERTIFICATE OF:**<br>**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**<br>(San Diego Superior Court Rules: Division II, rules 2.5, 2.6, 2.7, 2.34;<br>Division IV rules 4.169 & 4.170) | CASE NUMBER<br>37-2007-00055259-CU-PO-NC |

MUST BE FILED ON COURT APPROVED FORM WITH A STAMPED, SELF-ADDRESSED ENVELOPE OR MESSENGER SERVICE SLIP.
The ☒ plaintiff(s)   ☐ defendant(s) in the above-entitled case, by and through their attorney(s) Eisenberg & Gray, LLP
_____, certify that: *(CHECK ONE BOX)* HARRAH'S OPERATING CO., INC.

3C1 ☒ Plaintiff has been unable to serve the complaint on defendant(s) HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT; HARRAH'S MARKETING SERVICES CORP.; HARRAH'S LICENSE CO., LLC *(May list more than one defendant)*

3C1 ☐ Plaintiff requests stay under claim for uninsured/underinsured as to: _____
(ALL or list individual(s))

3C5 ☐ Defendant was served on _____, and is unable to answer or otherwise respond.

3C8 ☐ Plaintiff served defendant on _____, but was unable to request entry of default.

Therefore, it is requested that the time be extended until ___March 3, 2008___ for filing of a(n):

☒ CERTIFICATE OF SERVICE (SDSC CIV-345)
☐ ANSWER OR OTHER DEFENDANT APPEARANCE
☐ REQUEST FOR ENTRY OF DEFAULT (SDSC CIV-204)

Reason(s): Plaintiff requests additional time since the defendants finally determined which entity and which insurance company is responsible for the handling of this claim. We are engaged in settlement discussions which may eliminate the need for protracted litigation.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: __11/30/07__

SIGNATURE OF ATTORNEY(S) Lawrence S. Eisenberg

| FOR COURT USE ONLY |
|---|
| ☐ EXTENSION GRANTED - DOCUMENT CHECKED ABOVE SHALL BE FILED NOT LATER THAN: _2-1-08_ |
| ☐ EXTENSION DENIED - THIS MATTER IS SET FOR HEARING ON: _____ AT: _____ M. DEPT ____<br>   ☐ INSUFFICIENT REASON FOR DELAY OF CASE.<br>   ☐ OBTAIN ORDER FOR PUBLICATION IMMEDIATELY. |
| DATED: __12-7-07__                     JUDGE OF THE SUPERIOR COURT |
| ☐ NOTICE TO COUNSEL REQUESTING EXTENSION: After Court's decision, you must serve a copy of this certificate on all counsel concerned. |

**CERTIFICATE OF:**
**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**

ATTORNEY OR PARTY WITHOUT ATTORNEY(Name, state bar number, and address):
Lawrence S. Eisenberg, Esq.  SBN 11412
Law Offices of Eisenberg & Gray, LLP
9210 Irvine Center Drive
Irvine, CA 92618

TELEPHONE NO.: (949) 753-1500    FAX NO.: (949) 753-1516
ATTORNEY FOR (Name): Lawrence S. Eisenberg, Esq.

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
☑ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

PLAINTIFF(S)/PETITIONER(S)
FLORENCE BEARDSLEE

☑ I/C JUDGE Hon. Jacqueline Stern

DEFENDANT(S)/RESPONDENT(S)
HARRAH'S OPERATING COMPANY, INC.  et al.

☐ MASTER CALENDAR
DEPT N-27

**CERTIFICATE OF:**
**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**
(San Diego Superior Court Rules: rules 2.5, 2.6, 2.7, 2.34;
Division IV rules 4.169 & 4.170)

CASE NUMBER
37-2007-00055259-CU-PO-NC

**MUST BE FILED ON COURT APPROVED FORM WITH A STAMPED, SELF-ADDRESSED ENVELOPE OR MESSENGER SERVICE SLIP.**

The ☑ plaintiff(s)  ☐ defendant(s) in the above-entitled case, by and through their attorney(s) Eisenberg & Gray, LLP
_____ certify that: *(CHECK ONE BOX)* HARRAH'S OPERATING CO., INC.;

3C1 ☑  Plaintiff has been unable to serve the complaint on defendant(s) HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT; HARRAH'S MARKETING SERVICES CORP.; _____ *(May list more than one defendant)*
HARRAH' LICENSE CO., LLC

3C1 ☐  Plaintiff requests stay under claim for uninsured/underinsured as to: _____
_____
*(ALL or list individual(s))*

3C5 ☐  Defendant was served on _____, and is unable to answer or otherwise respond.

3C8 ☐  Plaintiff served defendant on _____, but was unable to request entry of default.

Therefore, it is requested that the time be extended until ___January 15, 2008___ for filing of a(n):

☑ CERTIFICATE OF SERVICE (SDSC CIV-345)
☐ ANSWER OR OTHER DEFENDANT APPEARANCE
☐ REQUEST FOR ENTRY OF DEFAULT (SDSC CIV-204)

Reason(s):  Plaintiff has contacted defendants regarding potential settlement discussions
and are requesting additional time such that this matter may  be resolved
without further litigation.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Dated: __10/4/07__

SIGNATURE OF ATTORNEY(S) Lawrence S. Eisenberg

**FOR COURT USE ONLY**

☐ EXTENSION GRANTED - DOCUMENT CHECKED ABOVE SHALL BE FILED NOT LATER THAN: __12-3-07__

☐ EXTENSION DENIED - THIS MATTER IS SET FOR HEARING ON: _____ AT: _____ M. DEPT _____
   ☐ INSUFFICIENT REASON FOR DELAY OF CASE.
   ☐ OBTAIN ORDER FOR PUBLICATION IMMEDIATELY.

JACQUELINE M. STERN
CALENDAR DEPARTMENT

DATED: ___12-11-07___

JUDGE OF THE SUPERIOR COURT

☐ NOTICE TO COUNSEL REQUESTING EXTENSION: After Court's decision, you must serve a copy of this certificate on all counsel concerned.

SDSC CIV-144(Rev. 4-04)

**CERTIFICATE OF:**
**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Lawrence S. Eisenberg<br>Law Offices of Eisenberg & Gray<br>9210 Irvine Center Drive<br>Irvine. CA 92618<br>TELEPHONE NO.: (949) 753-1500   FAX NO.: (949) 753-1516<br>ATTORNEY FOR *(Name)*: Plaintiff Florence Beardslee | F I L E D<br>Clerk of the Superior Court<br>JAN 3 1 2008<br>BY: Y. VALDEZ |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO |
|---|
| ☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827<br>☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105<br>☑ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649 |

| PLAINTIFF(S)/PETITIONER(S)<br>FLORENCE BEARDSLEE | ☑ I/C JUDGE Hon. Jacqueline Stern |
|---|---|
| DEFENDANT(S)/RESPONDENT(S)<br>HARRAH'S OPERATING COMPANY, INC. et al. | ☐ MASTER CALENDAR<br>DEPT N-27 |
| CERTIFICATE OF:<br>PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT<br>(San Diego Superior Court Rules: Division II, rules 2.5, 2.6, 2.7, 2.34;<br>Division IV rules 4.169 & 4.170) | CASE NUMBER<br>37-2007-00055259-CU-PO-NC |

MUST BE FILED ON COURT APPROVED FORM WITH A STAMPED, SELF-ADDRESSED ENVELOPE OR MESSENGER SERVICE SLIP.

The ☑ plaintiff(s)  ☐ defendant(s) in the above-entitled case, by and through their attorney(s) Eisenberg & Gray, LLP
_____ certify that: *(CHECK ONE BOX)* HARRAH'S OPERATING CO., INC.;

3C1 ☑ Plaintiff has been unable to serve the complaint on defendant(s) HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON
CASINO & RESORT; HARRAH'S MARKETING SERVICES CORP.; HARRAH'S LICENSE CO., LLC *(May list more than one defendant)*

3C1 ☐ Plaintiff requests stay under claim for uninsured/underinsured as to: _____
*(ALL or list individual(s))*

3C5 ☐ Defendant was served on _____, and is unable to answer or otherwise respond.

3C8 ☐ Plaintiff served defendant on _____, but was unable to request entry of default.

Therefore, it is requested that the time be extended until ____April 1, 2008____ for filing of a(n):

☑ CERTIFICATE OF SERVICE (SDSC CIV-345)
☐ ANSWER OR OTHER DEFENDANT APPEARANCE
☐ REQUEST FOR ENTRY OF DEFAULT (SDSC CIV-204)

Reason(s): Plaintiff requests additional time since the defendants finally determined which entity and which
insurance company is responsible for the handling of this claim. We are engaged in settlement discussions
which may eliminate the need for protracted litigation.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 1/30/08 _____  _____
SIGNATURE OF ATTORNEY(S)

| FOR COURT USE ONLY |
|---|
| ☑ EXTENSION GRANTED - DOCUMENT CHECKED ABOVE SHALL BE FILED NOT LATER THAN: 3-21-08 |
| ☐ EXTENSION DENIED - THIS MATTER IS SET FOR HEARING ON: _____ AT: ____ M. DEPT ____<br> ☐ INSUFFICIENT REASON FOR DELAY OF CASE.<br> ☐ OBTAIN ORDER FOR PUBLICATION IMMEDIATELY.<br>DATED: 2-4-08 _____  _____<br>JUDGE OF THE SUPERIOR COURT |
| ☐ NOTICE TO COUNSEL REQUESTING EXTENSION: After Court's decision, you must serve a copy of this certificate on all counsel concerned. |

SDSC CIV-144(Rev. 4-04)

CERTIFICATE OF:
PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT

1 | Lawrence S. Eisenberg, Esq.  SBN 114120
Law Offices of
2 | EISENBERG & GRAY LLP
8105 Irvine Center Drive, Suite 560
3 | Irvine, California  92618
Telephone:(949) 753-1500
4 | Facsimile:(949) 753-1516

5 | Attorneys for Plaintiff, FLORENCE BEARDSLEE

6

7

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

10

| | |
|---|---|
| FLORENCE BEARDSLEE, | CASE NO.: 37-2007-00055259-CU-PO-NC |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES: |
| | JUDGE: Hon. Jacqueline Stern |
| vs. | DEPT. N-27 |
| HARRAH'S OPERATING COMPANY, | DATE ACTION WAS FILED: August 14, 2007 |
| INC.; HARRAH'S ENTERTAINMENT, | TRIAL DATE: No trial date set |
| INC.; HARRAH'S RINCON CASINO & | |
| RESORT; HARRAH'S MARKETING | **NOTICE OF CHANGE OF ADDRESS** |
| SERVICES CORPORATION; HARRAH'S | |
| LICENSE COMPANY, LLC and DOES 1 to | |
| 100, Inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that effective **September 7, 2007**, the Law Offices of

EISENBERG & GRAY LLP will be relocating their offices as follows:

Law Offices of EISENBERG & GRAY LLP
9210 Irvine Center Drive
Irvine, CA  92618
Telephone: (949)753-1500
Facsimile: (949)753-1516

The telephone number and facsimile number will remain the same.  Effective September

7, 2007, all future correspondence regarding this matter should be addressed accordingly.

//

//

-1-

NOTICE OF CHANGE OF FIRM ADDRESS

1

2

3 Date: September 5, 2007    EISENBERG & GRAY LLP

4

5         By:

6           LAWRENCE S. EISENBERG
            Attorney for the Plaintiff

7           FLORENCE BEARDSLEE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM ADDRESS

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS:      325 S. Melrose
MAILING ADDRESS:     325 S. Melrose
CITY AND ZIP CODE:   Vista, CA 92081
BRANCH NAME:         North County
TELEPHONE NUMBER:    (760) 806-6346

PLAINTIFF(S) / PETITIONER(S):   Florence Beardslee

DEFENDANT(S) / RESPONDENT(S):   Harrah's Operating Company, Inc. et.al.

BEARDSLEE VS. HARRAH'S OPERATING COMPANY, INC.

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: |
|---|---|
| | 37-2007-00055259-CU-PO-NC |

Judge: Jacqueline M. Stern                          Department: N-27

**COMPLAINT/PETITION FILED:** 08/14/2007

## CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

---

SDSC CIV-721 (Rev. 11-06)

**NOTICE OF CASE ASSIGNMENT**

OJS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Florence Beardslee | Harrah's Operating Company, Inc.; Harrah's Entertainment, Inc; Harrah's Rincon Casino & Resort; Harrah's Marketing Services Corporation; Harrah's License Company, LLC |

| (b) County of Residence of First Listed Plaintiff San Diego <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed 2008 MAY 28 AM 11:20 <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. SOUTHERN DISTRICT OF CALIFORNIA |
|---|---|
| (c) Attorney's (Firm Name, Address, and Telephone Number) <br> Lawrence C. Eisenberg <br> Law Offices of Eisenberg & Gray, LLP <br> 8105 Irvine Center Drive, Suite 560 <br> Irvine, CA 92618 <br> (949) 753-1500 | Attorneys (If Known) BY_____KMH_____DEPUTY <br> Maria C. Roberts <br> Ronald R. Giusso <br> SHEA STOKES ROBERTS & WAGNER, ALC <br> 510 Market Street, Third Floor <br> San Diego, CA 92101 <br> (619) 232-4261  '08 CV 0938 L JMA |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☒ 360 Other Personal Injury | **PERSONAL INJURY** <br> ☐ 362 Personal Injury — Med. Malpractice <br> ☐ 365 Personal Injury — Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture <br> ☐ 620 Other Food & Drug <br> ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 630 Liquor Laws <br> ☐ 640 R.R. & Truck <br> ☐ 650 Airline Regs. <br> ☐ 660 Occupational Safety/Health <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 840 Trademark <br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 490 Cable/Sat TV <br> ☐ 810 Selective Service <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 875 Customer Challenge 12 USC 3410 <br> ☒ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 892 Economic Stabilization Act <br> ☐ 893 Environmental Matters <br> ☐ 894 Energy Allocation Act <br> ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 444 Welfare <br> ☐ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 440 Other Civil Rights | **PRISONER PETITIONS** <br> ☐ 510 Motions to Vacate Sentence <br> **Habeas Corpus:** <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition | **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt.Reporting & Disclosure Act <br> ☐ 740 Railway Labor Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice <br> ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sections 1331, 1332, 1441

Brief description of cause:
Negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ Greater than $75,000   CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| May 28, 2008 | Ronald R. Giusso |

**FOR OFFICE USE ONLY**

RECEIPT # 151294   AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CR    MB 05/28/08

American LegalNet, Inc. | www.USCourtForms.com

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151294     — MB**

**May 28, 2008
11:29:52**

**Civ Fil Non-Pris**
USAO #.: 08CV0938 CIVIL FILING
Judge..: M. JAMES LORENZ
Amount.:                    $350.00 CK
Check#.: BC44928

**Photocopies**
Qty....:   10 @ $0.50
Amount.:                    $5.00 CK
Check#.: BC44928

**Total—>   $355.00**

FROM: FLORENCE BEARDSLEE VS
      HARRAH'S OPERATING CO. ET AL