1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:     (619) 232-4261
5  FACSIMILE:     (619) 232-4840

   FILED
   2008 MAY 28 AM 11:20
   CLERK US DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA

   BY ____KNK____ DEPUTY

6  Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
   HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7  HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
   COMPANY, LLC
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | FLORENCE BEARDSLEE,                  | CASE NO. 08 CV 0938 L JMA
13 |         Plaintiff,                    | Action Date:    August 14, 2007
14 | vs.                                   | CERTIFICATE OF SERVICE OF NOTICE
                                            TO ADVERSE PARTY OF REMOVAL TO
15 | HARRAH'S OPERATING COMPANY, INC.;    | FEDERAL COURT
   | HARRAH'S ENTERTAINMENT, INC.;
16 | HARRAH'S RINCON CASINO & RESORT;
   | HARRAH'S MARKETING SERVICES
17 | CORPORATION; HARRAH'S LICENSE
   | COMPANY, LLC and DOES 1 to 100,
18 | inclusive,
19 |         Defendants.

20

21     I, the undersigned, declare that:

22

23     I am over the age of 18 years and not a party to the case; I am employed in, or am a

24 resident of, the County of San Diego, State of California, where the within mailing occurs, and my

25 business address is 510 Market Street, Third Floor, San Diego, California 92101-7025.

26

27     I further declare that I am readily familiar with Shea Stokes Roberts & Wagner's practice

28 for collection and processing of correspondence for mailing with the United States Postal Service;

---
4821-8279-7826.1                          CERTIFICATE OF SERVICE OF NOTICE TO
                                          ADVERSE PARTY OF REMOVAL TO FEDERAL
                                                        COURT

-2-

and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served this 28th day of May, 2008, the following documents:

1. **CIVIL COVER SHEET;**
2. **NOTICE OF REMOVAL OF CIVIL ACTION;**
3. **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF REMOVAL;** and
4. **NOTICE OF PARTY WITH FINANCIAL INTEREST.**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Lawrence S. Eisenberg
Law Offices of Eisenberg & Gray, LLP
8105 Irvine Center Drive, Suite 560
Irvine, CA 92618
(949) 753-1500 – Telephone
(949) 753-1516 – Facsimile
ATTORNEY FOR PLAINTIFF FLORENCE BEARDSLEE

☒    BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Code of Civil Procedure Section 1013(a). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit in the United States Postal Service this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was executed on May 28, 2008 at San Diego, California.

_____
Wendy Roan