1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
   HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7  HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
   COMPANY, LLC
8

FILED
2008 MAY 28  AM 11: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNA_____DEPUTY

9            UNITED STATES DISTRICT COURT
10           SOUTHERN DISTRICT OF CALIFORNIA

11

12  FLORENCE BEARDSLEE,                   CASE NO. '08 CV 0938 L JMA

13           Plaintiff,                   Action Date:    August 14, 2007

14  vs.                                   DECLARATION OF RONALD R. GIUSSO
                                          IN SUPPORT OF NOTICE OF REMOVAL
15  HARRAH'S OPERATING COMPANY, INC.;
    HARRAH'S ENTERTAINMENT, INC.;
16  HARRAH'S RINCON CASINO & RESORT;
    HARRAH'S MARKETING SERVICES
17  CORPORATION; HARRAH'S LICENSE
    COMPANY, LLC and DOES 1 to 100,
18  inclusive,

19           Defendants.

20

21       I, RONALD R. GIUSSO, declare:

22

23       1.    I am an attorney licensed to practice law before all courts in the State of California

24  and the United States District Court, Southern District of California, and am an attorney with the

25  law firm of Shea Stokes Roberts and Wagner, ALC, attorneys of records herein for *Specially*

26  *Appearing* Defendants Harrah's Operating Company, Inc.; Harrah's Entertainment, Inc.; Harrah's

27  Rincon Casino & Resort; Harrah's Marketing Services Corporation; and Harrah's License

28  Company, LLC. I have personal knowledge of the facts set forth in this Declaration and can

4823-5666-3554.2                          DECLARATION OF RONALD R. GIUSSO IN
                                          SUPPORT OF NOTICE OF REMOVAL

competently testify thereto. I make this declaration as required by 28 U.S.C. section 1446 in support of the Notice of Removal of Civil Action.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Summons and Complaint filed as *Florence Beardslee v. Harrah's Operating Company, Inc.; Harrah's Entertainment, Inc.; Harrah's Rincon Casino & Resort; Harrah's Marketing Services Corporation; Harrah's License Company, LLC and Does 1 to 100, inclusive*, as Case No. 37-2008-00055259-CU-PO-NC, in the Superior Court of the State of California in and for the County of San Diego ("*Beardslee*").

3. The named *Specially Appearing* Defendants have given their authority and authorize the filing of the Notice of Removal and related pleadings as to this matter at this time.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 28th day of May 2008, at San Diego, California.

_____
Ronald R. Giusso

**EXHIBIT A**

**SUMMONS**
*(CITACION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Harrah's Operating Company, Inc.; Harrah's Entertainment, Inc.; Harrah's Rincon Casino & Resort; Harrah's Marketing Services Corporation; Harrah's License Company, LLC and Does 1 to 100, Inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Florence Beardslee

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
NORTH COUNTY ...
2007 AUG 14 PM 3: 05
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

  *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
  Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Diego Superior Court
325 South Melrose
325 South Melrose
Vista, CA 92081
North County Regional Center

CASE NUMBER:
*(Número del Caso):* 37-2007-00055259-CU-PO-NC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Lawrence S. Eisenberg, Esq. SBN 114120     (949) 753-1500     (949) 753-1516
Eisenberg & Gray LLP
8105 Irvine Center Drive, Suite 560
Irvine, CA 92618

DATE: AUG 1 4 2007     Clerk, by TONI OZENBAUGH     , Deputy
*(Fecha)*     *(Secretario)*     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Lawrence S. Eisenberg, Esq.
Law Offices of
EISENBERG & GRAY LLP
8105 Irvine Center Drive, Suite 560
Irvine, California 92618
(949) 753-1500
(949) 753-1516 (Facsimile)

Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| FLORENCE BEARDSLEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARRAH'S OPERATING COMPANY, INC.; HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: 37-2007-00055259-CU-PO-NC<br>ASSIGNED FOR ALL PURPOSES:<br>JUDGE<br>DEPT.<br><br>DATE ACTION WAS FILED:<br>TRIAL DATE: No trial date has been set<br><br>**COMPLAINT FOR NEGLIGENCE AND DAMAGES** |

Plaintiff, FLORENCE BEARDSLEE, hereby alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff, FLORENCE BEARDSLEE, is an individual, and at all relevant times was a resident of the County of Orange, State of California.

2. The tortious conduct giving rise to this lawsuit occurred in Valley Center in the County of San Diego, State of California.

3. Plaintiff is informed and believes that the defendants include: HARRAH'S OPERATING COMPANY, INC., a Delaware corporation, which is a subsidiary of HARRAH'S ENTERTAINMENT, INC., which owns, operates and/or manages HARRAH'S RINCON

-1-

COMPLAINT FOR NEGLIGENCE AND DAMAGES

1  CASINO & RESORT, located at 777 Harrah's Rincon Way, in Valley Center, County of San
2  Diego, California. On information and belief, plaintiff alleges that HARRAH'S MARKETING
3  SERVICES CORPORATION AND HARRAH'S LICENSE COMPANY, LLC, are affiliated with
4  the Harrah's Companies that own, operate, and or manage the HARRAH'S RINCON CASINO &
5  RESORT in Valley Center, California.
6      4. The true names or capacities of the defendants designated as DOES 1-100, inclusive,
7  whether individual, corporate, associate or otherwise, are unknown to plaintiff at the time of the
8  filing of this Complaint, and plaintiff therefore sues these defendants by such fictitious names and
9  will ask leave of the Court to amend this Complaint to show their true names and capacities when
10 the same have been ascertained. Plaintiff is informed and believes and thereon alleges, that each of
11 the DOE defendants is in some manner responsible for the events and happenings herein set forth
12 that proximately caused injuries and damages to the plaintiffs as herein alleged.
13     5. At all times herein mentioned, each of the defendants was the agent, servant or
14 employee of each of the other remaining defendants and was at all times herein mentioned acting
15 within the course and scope of such agency and/or employment.
16     6. Plaintiff is informed and believes, and thereupon alleges, that at all times herein
17 mentioned, including August 20, 2005, the defendants herein and DOES 1-25 inclusive, owned,
18 occupied, managed, maintained and/or controlled the hotel and resort known as HARRAH'S
19 RINCON CASINO & RESORT located at 777 Harrah's Rincon Way, Valley Center, California.
20     7. On the date of the subject incident, August 20, 2005, defendants, and each of them and
21 DOES 1-25, so negligently managed, maintained and supervised their agents and employees at the
22 subject location, known as the HARRAH'S RINCON CASINO & RESORT, at which time an
23 agent or employee of defendants herein, pushed and rammed an overloaded baggage cart into
24 Plaintiff FLORENCE BEARDSLEE, thereby causing her to sustain serious injuries and damages
25 as alleged herein.
26 //
27 //
28 //

-2-

COMPLAINT FOR NEGLIGENCE AND DAMAGES

**FIRST CAUSE OF ACTION
FOR NEGLIGENCE AGAINST DEFENDANTS,
HARRAH'S OPERATING COMPANY, INC., HARRAH'S ENTERTAINMENT, INC.,
HARRAH'S RINCON CASINO & RESORT, HARRAH'S MARKETING SERVICES
CORPORATION, HARRAH'S LICENSE COMPANY, LLC, AND DOES 1
THROUGH 25, INCLUSIVE**

8. Plaintiff repeats, repleads and incorporates by reference the allegations contained in the above paragraphs of this complaint 1 through 7 and incorporates the same by reference as though fully set forth at length.

9. At all times mentioned herein, defendants, and each of them and DOES 1-25, are the owners, operators, and/or managers responsible for the operation and management of the HARRAH'S RINCON CASINO & RESORT, as well as for the supervision of all agents and employees who were performing services for the guests of the resort, including Plaintiff FLORENCE BEARDSLEE.

10. At all times mentioned herein, defendants and each of them and DOES 1-25 inclusive, had a duty to properly operate and manage the HARRAH'S RINCON CASINO & RESORT and properly supervise and direct all agents and employees working and performing services for the guests and other invites at the subject location, as well as to avoid or eliminate negligent conduct, which created a danger of bodily harm to persons lawfully on the property, including but not limited to the plaintiff herein.

11. At said time and place, defendants, and DOES 1-25 inclusive and each of them, negligently, recklessly, tortiously, wrongfully, and unlawfully managed and operated the hotel and resort and failed to properly supervise, instruct, and direct their agents and employees, such that an agent or employee negligently operated an overloaded baggage cart in such a manner that it struck Plaintiff Florence Beardslee which caused her serious medical injuries and damages.

12. As a direct and legal result of the negligence of defendants, and each of them, plaintiff FLORENCE BEARDSLEE was hurt and injured in her health, strength and activities, sustaining medical injuries, which has caused and continues to cause plaintiff mental and physical pain and suffering and emotional distress. Plaintiff is informed and believes and thereon alleges that said injuries have resulted in a permanent disability to her, all to her general damage, in such sums as

COMPLAINT FOR NEGLIGENCE AND DAMAGES

will be proven at time of trial.

13. As a further legal result of the negligence of defendants, and each of them, plaintiff was required to, and did, and will in the future, employ physicians and surgeons to examine, treat and care for her; employ specially trained persons to supply care and services and did, and will in the future, incur medical and incidental expenses for such care and services. The exact amount of such expense is unknown to plaintiff at this time and plaintiff will ask leave of court to amend this complaint to set forth the exact amount, including prejudgment interest, when the same has been ascertained.

14. As a further legal result of the negligence of defendants, and each of them, plaintiff will be prevented from attending to her usual occupation or any occupation for an indefinite period in the future, to her further damage in a sum, including prejudgment interest, according to proof.

**WHEREFORE**, plaintiff, FLORENCE BEARDSLEE, prays for judgment against the defendants, and each of them, as follows:

**AS TO ALL CAUSES OF ACTION:**

1. For general damages, in an amount according to proof at the time of trial;

2. For special damages, in an amount according to proof at the time of trial;

3. For loss of past earnings and impaired future earning capacity according to proof at the time of trial;

4. For costs of suit incurred herein;

5. For pre-judgment interest provided by law, including but not limited to California <u>Civil Code</u> §3291; and

6. For such other and further relief as the Court deems just and proper.

EISENBERG & GRAY LLP

DATED: August 13, 2007    By /s/ *[signature]*
LAWRENCE S. EISENBERG
Attorneys for Plaintiff,
FLORENCE BEARDSLEE

-4-