| | |
|---|---|
| 1 | MARIA C. ROBERTS, State Bar No. 137907 |
|   | mroberts@sheastokes.com |
| 2 | RONALD R. GIUSSO, State Bar No. 184483 |
|   | rgiusso@sheastokes.com |
| 3 | SHEA STOKES ROBERTS & WAGNER, ALC |
|   | 510 MARKET STREET, THIRD FLOOR |
| 4 | SAN DIEGO, CALIFORNIA 92101-7025 |
|   | TELEPHONE:   (619) 232-4261 |
| 5 | FACSIMILE:   (619) 232-4840 |

FILED
2008 MAY 28  AM 11: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KMA _____ DEPUTY

6  Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
   HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7  HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
   COMPANY, LLC
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12  FLORENCE BEARDSLEE,                    CASE NO. 08 CV 0938 L JMA

13          Plaintiff,                     Action Date:   August 14, 2007

14  vs.                                    NOTICE OF PARTY WITH FINANCIAL
                                           INTEREST
15  HARRAH'S OPERATING COMPANY, INC.;
    HARRAH'S ENTERTAINMENT, INC.;
16  HARRAH'S RINCON CASINO & RESORT;
    HARRAH'S MARKETING SERVICES
17  CORPORATION; HARRAH'S LICENSE
    COMPANY, LLC and DOES 1 to 100,
18  inclusive,

19          Defendants.

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

4851-6330-8290.1                              NOTICE OF PARTY WITH FINANCIAL
                                                          INTEREST

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2,
2  *Specially Appearing* Defendants Harrah's Operating Company, Inc.; Harrah's Entertainment, Inc.;
3  Harrah's Rincon Casino & Resort; Harrah's Marketing Services Corporation; and Harrah's License
4  Company, LLC state the following information: *Specially Appearing* Defendants Harrah's
5  Operating Company, Inc.; Harrah's Entertainment, Inc.; Harrah's Rincon Casino & Resort;
6  Harrah's Marketing Services Corporation; and Harrah's License Company, LLC have a financial
7  interest in the outcome of this case.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: May 28, 2008      By: _____
Maria C. Roberts
Ronald R. Giusso
Attorneys for *Specially Appearing* Defendants
HARRAH'S OPERATING COMPANY, INC.;
HARRAH'S ENTERTAINMENT, INC.;
HARRAH'S RINCON CASINO & RESORT;
HARRAH'S MARKETING SERVICES
CORPORATION; and HARRAH'S LICENSE
COMPANY, LLC