

**Beardslee**  08cv938-L (JMA)

**-v-**

**Harrah's Operating Company, Inc., et al.**

# STRICKEN DOCUMENT

**5-Motion to Dismiss for Lack of Jurisdiction**

**5**