

**Beardslee**  **08cv938-L (JMA)**

**-v-**

**Harrah's Operating Company, Inc., et al.**

# STRICKEN DOCUMENT

**6-Amended Proof of Service filed as Motion to Dismiss for Lack of Jurisdiction**

**6**