1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:     (619) 232-4261
5  FACSIMILE:     (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
   HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7  HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
   COMPANY, LLC

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12  FLORENCE BEARDSLEE,                    CASE NO. 08-CV-0938 L JMA

13          Plaintiff,                     Judge:        Hon. M. James Lorenz
                                           Mag. Judge:   Hon. Jan M. Adler
14  vs.                                    Action Date:  August 14, 2007

15  HARRAH'S OPERATING COMPANY, INC.;      **NOTICE OF ERRATA RE:**
    HARRAH'S ENTERTAINMENT, INC.;          **DECLARATION OF MICHAEL E.**
16  HARRAH'S RINCON CASINO & RESORT;       **KOSTRINSKY IN SUPPORT OF**
    HARRAH'S MARKETING SERVICES            ***SPECIALLY APPEARING* DEFENDANTS'**
17  CORPORATION; HARRAH'S LICENSE          **MOTION TO DISMISS PURSUANT TO**
    COMPANY, LLC and DOES 1 to 100,        **F.R.CIV.P. RULE 12(b)(1), (2), (6), (7)**
18  inclusive,
                                           Date:      July 28, 2008
19          Defendants.                    Time:      10:30 a.m.
                                           Courtroom: 14
20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

4825-8079-9490.1                           CASE NO. 08-CV-0938 L JMA

1        Please be advised that the Declaration of Michael E. Kostrinsky in Support of Motion to

2    Dismiss by *Specially Appearing* Defendants Pursuant to F.R.Civ.P. 12(b)(1),(2),(6),(7) was

3    inadvertently filed without an "s/" on June 4, 2008.  The corrected Declaration of Michael E.

4    Kostrinsky is attached hereto as Exhibit A.

5

6                                SHEA STOKES ROBERTS & WAGNER, ALC

7

8    Dated:  June 6, 2008            By:   s/Ronald R. Giusso

                                         Maria C. Roberts

9                                           Ronald R. Giusso

                                       Attorneys for *Specially Appearing* Defendants

10                                          HARRAH'S OPERATING COMPANY, INC.;

                                       HARRAH'S ENTERTAINMENT, INC.;

11                                          HARRAH'S RINCON CASINO & RESORT;

                                       HARRAH'S MARKETING SERVICES

12                                          CORPORATION; and HARRAH'S LICENSE

                                       COMPANY, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
5 | FACSIMILE:    (619) 232-4840

6 | Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7 | HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
COMPANY, LLC

8

9 | UNITED STATES DISTRICT COURT

10 | SOUTHERN DISTRICT OF CALIFORNIA

11

12 | FLORENCE BEARDSLEE,

13 | Plaintiff,

14 | vs.

15 | HARRAH'S OPERATING COMPANY, INC.;
HARRAH'S ENTERTAINMENT, INC.;
16 | HARRAH'S RINCON CASINO & RESORT;
HARRAH'S MARKETING SERVICES
17 | CORPORATION; HARRAH'S LICENSE
COMPANY, LLC and DOES 1 to 100,
18 | inclusive,

19 | Defendants.

CASE NO. 08-CV-0938 L JMA

Action Date:    August 14, 2007

DECLARATION OF MICHAEL E.
KOSTRINSKY IN SUPPORT OF
*SPECIALLY APPEARING* DEFENDANTS'
MOTION TO DISMISS PURSUANT TO
F.R.CIV.P. RULE 12(b)(1), (2), (6), (7)

ACCOMPANYING DOCUMENTS:
NOTICE OF MOTION AND MOTION;
MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF
MARIA C. ROBERTS; NOTICE OF
LODGMENT OF EXHIBITS; AND
[PROPOSED] ORDER

Date:    July 28, 2008
Time:    10:30 a.m.
Courtroom:  14

20

21

22

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

4834-0851-7634.1

CASE NO. 08-CV-0938 L JMA

1    I, Michael E. Kostrinsky, declare as follows:

2

3    1.    I am the Chief Litigation Officer for Harrah's Operating Company, Inc.  As such, I

4    have personal knowledge of Harrah's Operating Company, Inc., its holdings and those of its

5    affiliates, including Harrah's Entertainment, Inc.; Harrah's Rincon Casino & Resort; Harrah's

6    Marketing Services Corporation; and Harrah's License Company, LLC.  I make this declaration

7    based on that knowledge.

8

9    2.    This Declaration is submitted in support of *Specially Appearing* Defendants

10    Harrah's Operating Company, Inc.; Harrah's Entertainment, Inc.; Harrah's Rincon Casino &

11    Resort; Harrah's Marketing Services Corporation; and Harrah's License Company, LLC's motion

12    to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure.

13

14    3.    *Specially Appearing* Defendants Harrah's Operating Company, Inc. and Harrah's

15    Entertainment, Inc. are Delaware corporations with their principal place of business located in Las

16    Vegas, Nevada.  They do not have offices in California; do not own property in California; do not

17    have employees in California; and, do not conduct business in California.  *Specially Appearing*

18    Defendant Harrah's Marketing Services Corporation is a Nevada corporation which is

19    headquartered in Las Vegas, Nevada.  *Specially Appearing* Defendant Harrah's License Company,

20    LLC is a Nevada limited liability company and is not headquartered in California.  It does not

21    have offices in California; does not own property in California; does not have employees in

22    California; and, does not conduct business in California.

23

24    4.    Plaintiff has sued "Harrah's Rincon Casino & Resort" which is not a legal entity

25    and does not own, operate, or in any way manage the Casino at issue.  The casino known as

26    Harrah's Rincon Casino & Resort is located on the reservation of the Rincon San Luiseno Band of

27    Mission Indians, a federally-recognized sovereign Indian tribe (the "Tribe").  The Casino is

28    owned, controlled, and its operations are managed by the Tribe pursuant to the Indian Gaming

1  Regulatory Act ("IGRA"), as well as the Tribal-State Gaming Compact (the "Compact") between

2  the Tribe and the State of California.

3

4      5.      The Rincon San Luiseno Band of Mission Indians maintains ultimate authority and

5  control over all operations and decisions concerning the business, maintenance, and management

6  of the Casino and the entire Rincon Reservation.

7

8      6.      To date, Plaintiff has filed no claim with the Tribe.

9

10     I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.  Executed this  6th day of June 2008, at Las Vegas, Nevada.

12

13  _____

    Michael E. Kostrinsky

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:     (619) 232-4261
5 | FACSIMILE:     (619) 232-4840

6 | Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7 | HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
COMPANY, LLC

8 |

9 |                UNITED STATES DISTRICT COURT

10 |               SOUTHERN DISTRICT OF CALIFORNIA

11 |

12 | FLORENCE BEARDSLEE,                    CASE NO. 08 CV 0938 L JMA

13 |            Plaintiff,                  Judge:        Hon. M. James Lorenz
                                           Mag. Judge:   Hon. Jan M. Adler
14 | vs.                                   Action Date:  August 14, 2007

15 | HARRAH'S OPERATING COMPANY, INC.;     **PROOF OF SERVICE**
HARRAH'S ENTERTAINMENT, INC.;
16 | HARRAH'S RINCON CASINO & RESORT;
HARRAH'S MARKETING SERVICES
17 | CORPORATION; HARRAH'S LICENSE
COMPANY, LLC and DOES 1 to 100,
18 | inclusive,

19 |            Defendants.

20 |

21 | / / /

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1 | *Beardslee v. Harrah's Operating Company, Inc., et al.*
United States District Court, Southern District of California
2 | Case Number 08 CV 0938 L JMA

3

4 | **PROOF OF SERVICE**

5 |     I am employed in the County of San Diego, State of California. I am over the age of
eighteen years and not a party to the within action. My business address is 510 Market Street,
6 | Third Floor, San Diego, California 92101-7025.

7 |     On June 6, 2008, I served the following document(s) described as:

8 |     • **NOTICE OF ERRATA RE: DECLARATION OF MICHAEL E.
KOSTRINSKY IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS'
9 |     MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6),
(7)**

10

11 | on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes
addressed as follows:
12

13 |     Lawrence S. Eisenberg
    Law Offices of Eisenberg & Gray, LLP
14 |     9210 Irvine Center Drive
    Irvine, CA 92618
15 |     (949) 753-1500 – Telephone
    (949) 753-1516 – Facsimile
16 |     ATTORNEY FOR PLAINTIFF FLORENCE BEARDSLEE

17 | ☐     BY MAIL: I am readily familiar with the firm's practice of collection and processing
correspondence for mailing. Under that practice it would be deposited with the U.S. postal
18 | service on that same day with postage thereon fully prepaid at San Diego, California in the
ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am
19 | aware that on motion of the party served, service is presumed invalid if postal cancellation
date or postage meter date is more than one day after date of deposit for mailing in
20 | affidavit.

21 | ☐     BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to
Rule 2008 of the California Rules of Court. The telephone number of the sending
22 | facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone
number(s) of the person(s) served are set forth in the service list. The sending facsimile
23 | machine issued a transmission report confirming that the transmission was complete and
without error.
24

25 | ☐     BY PERSONAL SERVICE: I caused to be hand-delivered said document(s) to the
addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

26 | ☒     BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or
other facility regularly maintained by the express service carrier providing overnight
27 | delivery pursuant to Federal Rule of Civil Procedure section 5(b).

28

1   ☐    BY E-MAIL transmission.

2   ☐    BY ELECTRONIC SUBMISSION:  Pursuant to Court order, I submitted said document(s)
3        electronically to Verilaw Technologies, Inc., to be posted to the website and notice given
         to all parties that document was served.

4        Executed on June 6, 2008 at San Diego, California.

5        I declare under penalty of perjury under the laws of the State of California that the
6   foregoing is true and correct.

7                                          Wendy Roan
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28