1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.;
   HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT;
7  HARRAH'S MARKETING SERVICES CORPORATION; and HARRAH'S LICENSE
   COMPANY, LLC
8

9                     UNITED STATES DISTRICT COURT

10                    SOUTHERN DISTRICT OF CALIFORNIA

11

| 12 | FLORENCE BEARDSLEE, | CASE NO. 08 CV 0938 L JMA |
|---|---|---|
| 13 | Plaintiff, | Judge:        Hon. M. James Lorenz |
| | | Mag. Judge:   Hon. Jan M. Adler |
| 14 | vs. | Action Date:  August 14, 2007 |
| 15 | HARRAH'S OPERATING COMPANY, INC.; | **AMENDED PROOF OF SERVICE** |
| | HARRAH'S ENTERTAINMENT, INC.; | |
| 16 | HARRAH'S RINCON CASINO & RESORT; | |
| | HARRAH'S MARKETING SERVICES | |
| 17 | CORPORATION; HARRAH'S LICENSE | |
| | COMPANY, LLC and DOES 1 to 100, | |
| 18 | inclusive, | |
| 19 | Defendants. | |

20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

PROOF OF SERVICE

1  *Beardslee v. Harrah's Operating Company, Inc., et al.*
   United States District Court, Southern District of California
2  Case Number 08 CV 0938 L JMA

3

4                           **PROOF OF SERVICE**

5       I am employed in the County of San Diego, State of California. I am over the age of
   eighteen years and not a party to the within action. My business address is 510 Market Street,
6  Third Floor, San Diego, California 92101-7025.

7       On June 4, 2008, I served the following document(s) described as:

8       • **NOTICE OF MOTION AND MOTION TO DISMISS BY** *SPECIALLY APPEARING* **DEFENDANTS IN SUPPORT OF MOTION TO DISMISS**
9         **PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6), (7);**

10      • **MEMORANDUM OF POINTS AND AUTHORITIES BY** *SPECIALLY APPEARING* **DEFENDANTS IN SUPPORT OF MOTION TO DISMISS**
11        **PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6), (7);**

12      • **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF MOTION TO DISMISS BY** *SPECIALLY APPEARING* **DEFENDANTS IN SUPPORT OF**
13        **MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6), (7);**

14
        • **DECLARATION OF MICHAEL E. KOSTRINSKY IN SUPPORT OF**
15        *SPECIALLY APPEARING* **DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6), (7);**

16
        • **NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION TO**
17        **DISMISS BY** *SPECIALLY APPEARING* **DEFENDANTS IN SUPPORT OF**
          **MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(1), (2), (6),**
18        **(7); and**

19      • **[PROPOSED] ORDER.**

20 on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes
   addressed as follows:
21
   Lawrence S. Eisenberg
22 Law Offices of Eisenberg & Gray, LLP
   9210 Irvine Center Drive
23 Irvine, CA  92618
   (949) 753-1500 – Telephone
24 (949) 753-1516 – Facsimile
25 ATTORNEY FOR PLAINTIFF FLORENCE BEARDSLEE

26 ☐   BY MAIL: I am readily familiar with the firm's practice of collection and processing
       correspondence for mailing. Under that practice it would be deposited with the U.S. postal
27     service on that same day with postage thereon fully prepaid at San Diego, California in the
       ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am
28     aware that on motion of the party served, service is presumed invalid if postal cancellation

4831-3516-8258.1                        -1-
                                  PROOF OF SERVICE

1    date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

☐ BY PERSONAL SERVICE: I caused to be hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

☒ BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure section 5(b).

☐ BY E-MAIL transmission.

☐ BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served.

Executed on June 5, 2008 at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Wendy Roan*
Wendy Roan

4831-3516-8258.1

-2-
PROOF OF SERVICE