1  Lawrence S. Eisenberg, Esq.  State Bar No. 114120
   leisenberg@eisenberg-law.com
2  EISENBERG & ASSOCIATES, APC
   9210 Irvine Center Drive
3  Irvine, California  92618
   Telephone:(949) 753-1500
4  Facsimile: (949) 753-1516

5  Attorneys for Plaintiff FLORENCE BEARDSLEE

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 FLORENCE BEARDSLEE,                    )  CASE NO.: 08-CV-0938 L JMA
                                          )
12                     Plaintiff,         )  Judge: Hon. M. James Lorenz
                                          )  Mag. Judge: Hon. Jan M. Adler
13 vs.                                    )  Action Date: August 14, 2007
                                          )
14                                        )
   HARRAH'S OPERATING COMPANY,            )
15 INC.; HARRAH'S ENTERTAINMENT,          )  PLAINTIFF FLORENCE BEARDSLEE'S
   INC.; HARRAH'S RINCON CASINO &         )  MEMORANDUM OF POINTS AND
16 RESORT; HARRAH'S MARKETING             )  AUTHORITIES IN OPPOSITION TO
   SERVICES CORPORATION; HARRAH'S         )  DEFENDANTS' MOTION TO DISMISS
17 LICENSE COMPANY, LLC and DOES 1 to     )
   100, inclusive,                        )  ACCOMPANYING DOCUMENTS:
18                                        )  DECLARATIONS OF FLORENCE
                       Defendants.        )  BEARDSLEE AND LAWRENCE S.
19                                        )  EISENBERG; NOTICE OF LODGMENT OF
                                          )  EXHIBITS
20                                        )
                                          )  Date:        July 28, 2008
21                                        )  Time:        10:30 a.m.
                                          )  Courtroom:   14
22 _____)

23

24        Plaintiff, FLORENCE BEARDSLEE, opposes Defendants' Motion to Dismiss Pursuant

25 to F.R. CIV.R. Rule 12(b)(1), (2), (6), (7), set for July 28, 2008, and submits the following

26 Memorandum of Points and Authorities in Opposition thereto.

27 ///

28 ///

   _____

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.   PLAINTIFF HAS INDEPENDENT CAUSES OF ACTION
      AGAINST DEFENDANT HARRAH'S . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

III.  HARRAH'S HAS MINIMUM CONTACTS WITH CALIFORNIA
      REGARDING THE ADVERTISING, MARKETING,
      MANAGEMENT AND OPERATION OF HARRAH'S
      RINCON CASINO & RESORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

IV.   CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

-i-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# <u>TABLE OF AUTHORITIES</u>

<u>**Page**</u>

## <u>CASES</u>

*Burger King Corp. v. Rudzewicz*
    471 U.S. 462 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Calder v. Jones*
    465 U.S. 783 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*International Shoe Co. v. Washington*
    326 U.S. 310 (1945) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

## <u>STATUTES</u>

California Civil Code Section 1714 (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

-ii-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**I.**

**<u>INTRODUCTION</u>**

This case initially arises out of an incident which occurred on August 20, 2005, at which time Plaintiff, FLORENCE BEARDSLEE, was at the HARRAH'S RINCON CASINO & RESORT in Valley Center, California. While standing in the lobby area of the HARRAH'S Resort, Plaintiff was struck in the back by an overloaded luggage cart being pushed by a porter. Plaintiff received treatment for her injuries at the HARRAH'S Resort infirmary. Several HARRAH'S representatives instructed Plaintiff to provide them with written information on a written claim form at the time of the incident. The representation was made to Plaintiff, FLORENCE BEARDSLEE, that by complying with the request of the representatives of HARRAH'S, that this was the appropriate procedure to submit a claim regarding her injuries. Plaintiff complied with the request and relied upon the representations that were made such that her claim was therefore submitted to the HARRAH'S representatives at that time.

Plaintiff was never advised in any fashion by anyone on behalf of HARRAH'S or HARRAH'S RINCON CASINO & RESORT that an additional claim form needed to be submitted to the Rincon Band of Mission Indians.

Plaintiff FLORENCE BEARDSLEE opposes the subject motion on the following grounds:

1.     Plaintiff has  independent causes of action against Defendant HARRAH'S based on the original incident for personal injuries, as well as for fraud, misrepresentation, concealment and conspiracy due to the intentional and negligent conduct in failing to disclose that Plaintiff's claim was allegedly not submitted unless a claim form was submitted to the tribal counsel;

2.     Defendant HARRAH'S has minimum contacts with the State of California and the County of San Diego regarding the advertising, marketing, management and operation of HARRAH'S RINCON CASINO & RESORT.

///

///

_____

## II.

### PLAINTIFF HAS  INDEPENDENT CAUSES OF ACTION  AGAINST DEFENDANT HARRAH'S

California Civil Code Section 1714 (a) states in pertinent part: "Everyone is responsible, not only for the result of his or her willful acts, but also for an injury occasioned to another by his or her want of ordinary care or skill in the management of his or her property or person..."

Plaintiff contends that Defendant HARRAH'S held themselves out to the public and residents of the forum State of California as the owner, operator or manager of the HARRAH'S RINCON CASINO & RESORT. (See Declarations of Florence Beardslee and Lawrence S. Eisenberg and Lodgment of Exhibits submitted herein.)

With regard to the submission of her claim for personal injuries arising out the of the original incident, Plaintiff contends that she complied with and followed the requests and instructions of the representatives of HARRAH'S at the time the incident occurred. (See Declaration of Florence Beardslee submitted herein.)  Plaintiff was lulled into a false sense of security that her claim was appropriately submitted at that time.  It is apparent that Plaintiff relied upon the representations and instructions given to her by the HARRAH'S representatives when she gave them the appropriate information at the time of the incident and witness statements were taken.  This information was provided and taken down in written form by the HARRAH'S personnel in order for the claim to be submitted which was the procedure represented to Plaintiff at that time.

It is Plaintiff's contention that in addition to her claim for personal injuries, she has independent causes of action for fraud, misrepresentation, concealment and conspiracy as a result of the conduct of the HARRAH'S personnel at the time of the incident.

In this regard, Plaintiff respectively requests this Honorable Court to deny this Motion and grant an appropriate time period to amend the subject complaint to add causes of actions for fraud, misrepresentation, concealment and conspiracy and/or file the appropriate Motion to Amend the Complaint.

**III.**

**HARRAH'S HAS MINIMUM CONTACTS WITH CALIFORNIA REGARDING THE ADVERTISING, MARKETING, MANAGEMENT AND OPERATION OF HARRAH'S RINCON CASINO & RESORT**

Plaintiff contends that based on the facts evident regarding this matter, that Defendant, HARRAH'S, certainly has minimum contacts with the State of California with regard to the HARRAH'S RINCON CASINO & RESORT located in Valley Center, in the County of San Diego, California such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice. (*International Shoe Co. v. Washington*, 326 U.S. 310 (1945). The HARRAH'S Resort where the subject incident occurred comprises more than 600 hotel rooms, a casino and other facilities. The HARRAH'S name, trademark, logo and other branding is seen throughout the resort from the signs on the building, brochures and name badges worn by the HARRAH'S personnel throughout the resort. (See Declaration of Florence Beardslee). There is substantial advertising regarding the sales and marketing of the resort throughout the State of California and especially in Southern California and the San Diego area. The HARRAH'S interactive website accessible to residents of California is intended to facilitate the sales of hotel rooms and for guests to come and utilize the facilities at HARRAH'S RINCON CASINO & RESORT. The HARRAH'S website specifically offers "HARRAH'S CASINO LOCATOR" and under California casinos, lists HARRAH'S RINCON CASINO in Valley Center/San Diego. (See Exhibit 3 submitted herein).

There are a multitude of other travel- related websites that list and advertise the HARRAH'S RINCON CASINO & RESORT. The purpose is to attract guests and visitors to the HARRAH'S brand of resorts and to come and visit the HARRAH'S Resort in Valley Center, California (See Exhibit 4 submitted herein).

The advertising, sales and marketing conduct of HARRAH'S satisfies the purposeful availment requirement for personal jurisdiction in California since such conduct creates a substantial connection with the forum state. (*Burger King Corp. v. Rudzewicz,* 471 U.S. 462 (1985). Regardless of where the advertising and website-related activities originate from, these

1  efforts are purposefully directed towards the residents of California, especially Southern

2  California residents who are able to drive to the resort in San Diego County.  Such acts and

3  activities have an affect in the forum State of California and therefore constitutes purposeful

4  availment. (*Calder v. Jones* 465 U.S. 783 (1984).

5      In addition, Plaintiff takes exception to the Defendant's contention that HARRAH'S

6  RINCON CASINO & RESORT is not a legal entity.  A search of fictitious business records

7  indicates a "Doing Business As" listing for HARRAH'S RINCON CASINO & RESORT as of

8  November 21, 2002 (See Exhibit 5 submitted herein).

9      It is evident that one or more HARRAH'S entities has a financial business interest in the

10 HARRAH'S RINCON CASINO & RESORT.  In this regard, Plaintiff would request this

11 Honorable Court to deny the subject motion and allow Plaintiff to conduct limited discovery on

12 the issue of the relationship between HARRAH'S, HARRAH'S RINCON CASINO & RESORT

13 and the RINCON BAND OF MISSION INDIANS.  It is simply inconceivable that HARRAH'S

14 name, brand, management, marketing and advertising resources were being used to promote and

15 operate the subject resort without HARRAH'S having a substantial financial interest in the

16 business venture.

17                                          **IV.**

18                                      **CONCLUSION**

19      Based on the foregoing discussion and analysis and the declarations and exhibits submitted

20 herein, Plaintiff FLORENCE BEARDSLEE respectfully requests this Honorable Court to deny

21 the subject motion.

22                          Respectfully submitted,

23                          EISENBERG & ASSOCIATES, APC

24

25 DATED: July 11, 2008          By:    s/Lawrence S. Eisenberg

26                                 LAWRENCE S. EISENBERG
                                   Attorneys for Plaintiff FLORENCE BEARDSLEE

27

28

_____

Lawrence S. Eisenberg, Esq.  State Bar No. 114120
leisenberg@eisenberg-law.com
EISENBERG & ASSOCIATES, APC
9210 Irvine Center Drive
Irvine, California  92618
Telephone:(949) 753-1500
Facsimile: (949) 753-1516

Attorneys for Plaintiff FLORENCE BEARDSLEE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE BEARDSLEE,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S OPERATING COMPANY, INC.; HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO.: 08-CV-0938 L JMA<br><br>Judge: Hon. M. James Lorenz<br>Mag. Judge: Hon. Jan M. Adler<br>Action Date: August 14, 2007<br><br>DECLARATION OF FLORENCE M. BEARDSLEE<br><br><u>ACCOMPANYING DOCUMENTS:</u><br>PLAINTIFF FLORENCE BEARDSLEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; DECLARATION OF LAWRENCE S. EISENBERG; NOTICE OF LODGMENT OF EXHIBITS<br><br>Date:      July 28, 2008<br>Time:      10:30 a.m.<br>Courtroom:   14 |

///

///

///

1      I, FLORENCE M. BEARDSLEE, declare as follows:

2      1.     I am the plaintiff/claimant in this matter and a resident of the County of Orange in

3 the State of California. I have personal knowledge of all of the following facts and if called upon

4 to testify would do so competently and completely as set forth herein.

5      2.     On August 20, 2005, I was at Harrah's Rincon Casino & Resort in Valley Center,

6 California. I had gone to Harrah's with two friends, Margie Spooner and Nancy McKenna, and

7 we were intending to go to one of the restaurants. While standing in the lobby area, I was struck

8 in the back by a porter who was pushing an overloaded luggage cart. This incident caused me to

9 suffer injuries to my back and neck.

10      3.     After the incident, Harrah's personnel who were wearing uniforms with Harrah's

11 logo and/or name badges assisted me. I was treated by Harrah's first aid personnel in the

12 infirmary. A Harrah's representative indicated to me that due to my injures, I needed to submit a

13 written claim with Harrah's which they took from me at that time on 8/20/05. The Harrah's

14 representative also took witness statements from Ms. Spooner and Ms. McKenna. One of the

15 Harrah's representatives gave me a card with Harrah's information while I was in the infirmary

16 (copy submitted with exhibits). I was told by the Harrah's representative that since my claim was

17 being reported at that time, I did not have to do anything further and a Harrah's representative

18 would contact me. I requested a copy of the claim and witness statements that were completed

19 by the Harrah's representative at that time on 8/20/05 but they refused to give me a copy. I did

20 receive a letter, dated September 21, 2005, from Ms. Diane Richardson of CCMSI, a Harrah's

21 Claims Consultant, which confirmed that Harrah's had advised them about the incident and my

22 injury and I responded accordingly (copy submitted with exhibits). At no time was I advised by

23 anyone on behalf of Harrah's or the Rincon San Luiseno Band of Mission Indians that I needed

24 to submit any additional claim regarding this incident.

25      I declare under penalty of perjury that the foregoing is true and correct.

26      Executed on July 11, 2008 at San Clemente, California.

27

28                 FLORENCE M. BEARDSLEE

-2-

1  Lawrence S. Eisenberg, Esq.  State Bar No. 114120
   leisenberg@eisenberg-law.com
2  EISENBERG & ASSOCIATES, APC
   9210 Irvine Center Drive
3  Irvine, California  92618
   Telephone:(949) 753-1500
4  Facsimile: (949) 753-1516

5  Attorneys for Plaintiff FLORENCE BEARDSLEE

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  FLORENCE BEARDSLEE,                    )  CASE NO.: 08-CV-0938 L JMA
                                           )
12              Plaintiff,                  )  Judge: Hon. M. James Lorenz
                                           )  Mag. Judge: Hon. Jan M. Adler
13  vs.                                     )  Action Date: August 14, 2007
                                           )
14  HARRAH'S OPERATING COMPANY,             )
    INC.; HARRAH'S ENTERTAINMENT,           )  DECLARATION OF LAWRENCE S.
15  INC.; HARRAH'S RINCON CASINO &          )  EISENBERG IN OPPOSITION TO
    RESORT; HARRAH'S MARKETING              )  DEFENDANTS' MOTION TO DISMISS
16  SERVICES CORPORATION; HARRAH'S          )
    LICENSE COMPANY, LLC and DOES 1 to      )  ACCOMPANYING DOCUMENTS:
17  100, inclusive,                         )  PLAINTIFF FLORENCE BEARDSLEE'S
                                           )  MEMORANDUM OF POINTS AND
18              Defendants.                  )  AUTHORITIES IN OPPOSITION TO
                                           )  DEFENDANTS' MOTION TO DISMISS;
19                                          )  DECLARATION OF FLORENCE M.
                                           )  BEARDSLEE; AND NOTICE OF
20                                          )  LODGMENT OF EXHIBITS
                                           )
21  _____ )
                                              Date:       July 28, 2008
22                                            Time:       10:30 a.m.
                                              Courtroom:  14
23

24  ///

25  ///

26  ///

27

28

                    _____
                                  -1-

I, LAWRENCE S. EISENBERG, declare as follows:

1.      I am an attorney at law licensed to practice in California, New York, Massachusetts and Washington State and the U.S. District Court for the Southern District of California and I am attorney of record for the Plaintiff Florence Beardslee.  I have personal knowledge of all of the following facts and if called upon to testify would do so competently and completely as set forth herein.

2.      Attached to the Notice of Lodgment as **Exhibit 1** is a true and correct copy of the card with Harrah's contact information given to Plaintiff Florence Beardslee by Harrah's personnel on August 20, 2005, which is referenced in the Declaration of Florence M. Beardslee.

3.      Attached to the Notice of Lodgment as **Exhibit 2** is a true and correct copy of the letter dated September 21, 2005, sent to Ms. Beardslee by Ms. Diane Richardson of CCMSI, a Harrah's claims consultant, which is referenced in the Declaration of Florence M. Beardslee.

4.      Attached to the Notice of Lodgment as **Exhibit 3** is a true and correct copy of a portion of the Harrah's website which identifies and advertises Harrah's Rincon Casino and Resort in the San Diego area.  The Harrah's website provides information about the Harrah's resort and invites prospective guests to "book your  San Diego hotel reservation" by utilizing this interactive website.

5.      Attached to the Notice of Lodgment as **Exhibit 4** are true and correct copies of additional internet websites which advertise and promote the Harrah's Rincon Casino and Resort in Valley Center, California in San Diego County.
///

-2-

1    6.    Attached to the Notice of Lodgment as **Exhibit 5** is a true and correct copy of the

2    fictitious business record obtained by performing a search on Lexis Nexis which indicates

3    Harrah's was "doing business as" Harrah's Rincon Casino in Valley Center, California in San

4    Diego County.

5

6    I declare under penalty of perjury the foregoing is true and correct.

7

8    Executed on July 11, 2008 at Irvine, California.

9

10                              s/LAWRENCE S. EISENBERG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

-3-

1  Lawrence S. Eisenberg, Esq.  State Bar No. 114120
   leisenberg@eisenberg-law.com
2  EISENBERG & ASSOCIATES, APC
   9210 Irvine Center Drive
3  Irvine, California  92618
   Telephone:(949) 753-1500
4  Facsimile: (949) 753-1516

5  Attorneys for Plaintiff FLORENCE BEARDSLEE

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 FLORENCE BEARDSLEE,                    )  CASE NO.: 08-CV-0938 L JMA
                                          )
12                 Plaintiff,             )  Judge: Hon. M. James Lorenz
                                          )  Mag. Judge: Hon. Jan M. Adler
13 vs.                                    )  Action Date: August 14, 2007
                                          )
14 HARRAH'S OPERATING COMPANY,            )
15 INC.; HARRAH'S ENTERTAINMENT,          )
   INC.; HARRAH'S RINCON CASINO &         )  NOTICE OF LODGMENT OF EXHIBITS IN
16 RESORT; HARRAH'S MARKETING             )  OPPOSITION TO DEFENDANTS'
   SERVICES CORPORATION; HARRAH'S         )  MOTION TO DISMISS
17 LICENSE COMPANY, LLC and DOES 1 to     )
   100, inclusive,                        )  ACCOMPANYING DOCUMENTS:
18                                        )  PLAINTIFF FLORENCE BEARDSLEE
                   Defendants.            )  MEMORANDUM OF POINTS AND
19                                        )  AUTHORITIES IN OPPOSITION TO
                                          )  DEFENDANTS' MOTION TO DISMISS;
20                                        )  DECLARATION OF FLORENCE M.
                                          )  BEARDSLEE; AND DECLARATION OF
21 _____    )  LAWRENCE S. EISENBERG

22                                           Date:       July 28, 2008
                                             Time:       10:30 a.m.
23                                           Courtroom:  14

24 ///

25 ///

26 ///

27

28

                    _____
                                    -1-

1    Plaintiff, FLORENCE BEARDSLEE lodges the following evidence in opposition to

2  Defendants' Motion to Dismiss:

3

4    Exhibit 1:    A true and correct copy of the card with Harrah's contact information

5  given to Plaintiff Florence Beardslee by Harrah's personnel on August 20, 2005, which is

6  referenced in the Declaration of Florence M. Beardslee.

7

8    Exhibit 2:    A true and correct copy of the letter dated September 21, 2005, sent to Ms.

9  Beardslee by Ms. Diane Richardson of CCMSI, a Harrah's claims consultant, which is referenced

10  in the Declaration of Florence M. Beardslee.

11

12    Exhibit 3:    A true and correct copy of a portion of the Harrah's website which

13  identifies and advertises Harrah's Rincon Casino and Resort in the San Diego area.

14

15    Exhibit 4:    A true and correct copy of additional internet websites which advertise

16  and promote the Harrah's Rincon Casino and Resort in Valley Center, California in San Diego

17  County.

18

19    Exhibit 5:    A true and correct copy of the fictitious business record obtained by

20  performing a search on Lexis Nexis which indicates Harrah's was "doing business as" Harrah's

21  Rincon Casino in Valley Center, California in San Diego County.

22

23                    EISENBERG & ASSOCIATES, APC

24

25  DATED: July 11, 2008        By:    s/Lawrence S. Eisenberg
                                       LAWRENCE S. EISENBERG
26                                     Attorneys for Plaintiff
                                       FLORENCE BEARDSLEE
27

28

_____

-2-

Guest Safety Officer

Tracy Grassel EMT

AT YOUR SERVICE

Harrah's Rincon Casino & Resort
777 Harrah's Rincon Way
Valley Center, CA 92082
P.O. Box 217
Pauma Valley, CA 92061-0217
EMT #: (760) 751-3297
Phone: 760-751-3160
Fax: 760-751-3240

**Harrah's**

RINCON CASINO AND RESORT
**San Diego**

The Premier Name
in Casino Entertainment

Kenneth Warren
(760) 751-3161

EXHIBIT 1



C C M S I`

September 21, 2005

Florence Beardslee
21852 Summerwind Lane
Huntington Beach, CA 92646

RE:    OUR CLIENT:        Harrah's Rincon Resort & Casino
       INCIDENT DATE:     8-20-05
       CLAIM #:           05S01T257027

Dear Ms. Beardslee:

This will supplement our previous letter to you at which time we advised you that we are the third party administrators for Harrah's and they advised that you sustained an injury while a guest at the property.

To date, we have had no contact from you and the intent of this letter is to advise you that if we do not hear from you within 10 days of the date of this letter, we will assume that no claim is being presented and we will close our file.

In the event that you wish to discuss the incident or if you should have any questions or concerns, please feel free to contact us at 1-866-446-1424 ext. 4821 to discuss the matter further. We can be reached Monday through Friday, 8:00 a.m. to 4:00 p.m. Pacific Standard Time.

Very truly yours,

Diane Richardson
Liability Claims Consultant
(866) 446-1424 ext 4821
(702) 933-4863 - Fax

CANNON COCHRAN MANAGEMENT SERVICES, INC.  - P.O. Box 35350  - Las Vegas, NV 89133-5350
(866) 446-1424    Fax: (702) 933-4863    www.ccmsi.com

EXHIBIT 2







777 Harrah's Rincon Way, Valley Center, CA 92082 (760) 751-3100

If you're planning a San Diego vacation, Harrah's Rincon can open the door to a world of San Diego entertainment. Harrah's Rincon Hotel and Casino is one of the premier San Diego hotels and casinos. For easy San Diego hotel reservations, Harrah's Rincon offers convenient online booking. If you're seeking the best in dining, entertainment, and casino gambling for your San Diego trip, look no further than Harrah's Rincon. Book your hotel reservation today and experience all that Harrah's Rincon Hotel and Casino has to offer.

Harrah's welcomes those that are of legal casino gambling age to our website.

Know When to Stop Before You Start® Gambling Problem? Call 1-800-522-4700.
© 2008 Harrah's License Company, LLC. All Rights Reserved.
The use of this website is governed by Nevada law.
Privacy | Security | Legal

EXHIBIT 3

HARRAHS.COM | RESERVATIONS | MY HARRAH'S | CASINO LOCATOR | CONTACT US | HOT DEALS | TOTAL REWARDS

LAS VEGAS | ATLANTIC CITY | RENO/TAHOE | NEW ORLEANS/BILOXI | TUNICA | TRIP TOOLS

TOTAL REWARDS #          PIN #               | FORGOT PIN? | GET PIN

HOME > CASINO LOCATOR

## CALIFORNIA
### SAN DIEGO (1)
Harrah's Rincon

## Welcome to Harrah's Casino Locator

Search for a Harrah's Casino Hotel location by using the map on the right or the dropdown list of casinos below.

Select a Casino:
Harrah's Rincon-San Diego

Browse by Brand:
Select a Brand

Return To Map

VALLEY CENTER

## SELECT A CASINO FROM THE LIST BELOW

**Arizona Casinos**
• Harrah's Phoenix Ak-Chin Casino

**California Casinos**
• Harrah's Rincon Casino

**Illinois Casinos**
• Harrah's Joliet Casino
• Harrah's Metropolis Casino

**Indiana Casinos**
• Horseshoe Southern Indiana
• Horseshoe Casino Hammond

**Iowa Casinos**
• Harrah's Council Bluffs Casino
• Horseshoe Council Bluffs

**Louisiana Casinos**
• Harrah's Louisiana Downs
• Harrah's New Orleans Casino
• Horseshoe Casino Bossier City

**Mississippi Casinos**
• Grand Biloxi
• Harrah's Tunica
• Horseshoe Casino Tunica
• Shereaton Casino & Hotel (Tunica)

**Missouri Casinos**
• Harrah's North Kansas City Casino
• Harrah's St. Louis Casino

**Nevada Casinos**
• Bally's Las Vegas
• Bill's Casino Lake Tahoe
• Caesars Palace (Las Vegas)
• Flamingo Las Vegas
• Harrah's Lake Tahoe Casino
• Harrah's Las Vegas Casino
• Harrah's Laughlin Casino
• Harrah's Reno Casino
• Harveys Lake Tahoe Casino
• Imperial Palace
• O'Sheas Casino Las Vegas
• Paris Las Vegas
• Rio All-Suite Hotel & Casino

**New Jersey Casinos**
• Bally's Atlantic City
• Caesars Atlantic City
• Harrah's Resort Atlantic City
• Showboat Casino

**North Carolina Casinos**
• Harrah's Cherokee Casino

**Ontario, Canada Casinos**
• Caesars Windsor

**Pennsylvania Casinos**
• Harrah's Chester

**Uruguay Casinos**
• Conrad Punta del Este

[+] FEEDBACK

COMPANY INFORMATION | CAREERS | INVESTOR RELATIONS | GROUPS AND MEETINGS | SITE MAP | E-MAIL SIGN UP | RESPONSIBLE GAMING





Harrah's welcomes those that are of legal casino gambling age to our website.

Know When to Stop Before You Start®  Gambling Problem?  Call 1-800-522-4700.
© 2008 Harrah's License Company, LLC. All Rights Reserved.
The use of this website is governed by Nevada law.
Privacy | Security | Legal

EXHIBIT 3

Harrah's Entertainment - Casino Locator

HARRAHS.COM | RESERVATIONS | MY HARRAH'S | CASINO LOCATOR | CONTACT US | HOT DEALS | TOTAL REWARDS

LAS VEGAS | ATLANTIC CITY | RENO/TAHOE | NEW ORLEANS/BILOXI | TUNICA | TRIP TOOLS

TOTAL REWARDS # [                ]    PIN # [          ]    LOGIN | FORGOT PIN? | GET PIN

HOME > CASINO LOCATOR

## Welcome to Harrah's Casino Locator

Search for a Harrah's Casino Hotel location by using the map on the right or the dropdown list of casinos below.

Select a Casino:
[ Harrah's Rincon-San Diego ]

Browse by Brand:
[ Select a Brand ]

Click On A State To Zoom In

SELECT A CASINO FROM THE LIST BELOW

**Arizona Casinos**
• Harrah's Phoenix Ak-Chin Casino

**California Casinos**
• Harrah's Rincon Casino

**Illinois Casinos**
• Harrah's Joliet Casino
• Harrah's Metropolis Casino

**Indiana Casinos**
• Horseshoe Southern Indiana
• Horseshoe Casino Hammond

**Iowa Casinos**
• Harrah's Council Bluffs Casino
• Horseshoe Council Bluffs

**Louisiana Casinos**
• Harrah's Louisiana Downs
• Harrah's New Orleans Casino
• Horseshoe Casino Bossier City

**Mississippi Casinos**
• Grand Biloxi
• Harrah's Tunica
• Horseshoe Casino Tunica
• Sheraton Casino & Hotel (Tunica)

**Missouri Casinos**
• Harrah's North Kansas City Casino
• Harrah's St. Louis Casino

**Nevada Casinos**
• Bally's Las Vegas
• Bill's Casino Lake Tahoe
• Caesars Palace (Las Vegas)
• Flamingo Las Vegas
• Harrah's Lake Tahoe Casino
• Harrah's Las Vegas Casino
• Harrah's Laughlin Casino
• Harrah's Reno Casino
• Harveys Lake Tahoe Casino
• Imperial Palace
• O'Sheas Casino Las Vegas
• Paris Las Vegas
• Rio All-Suite Hotel & Casino

**New Jersey Casinos**
• Bally's Atlantic City
• Caesars Atlantic City
• Harrah's Resort Atlantic City
• Showboat Casino

**North Carolina Casinos**
• Harrah's Cherokee Casino

**Ontario, Canada Casinos**
• Caesars Windsor

**Pennsylvania Casinos**
• Harrah's Chester

**Uruguay Casinos**
• Conrad Punta del Este

[+]
FEEDBACK

COMPANY INFORMATION | CAREERS | INVESTOR RELATIONS | GROUPS AND MEETINGS | SITE MAP | E-MAIL SIGN UP | RESPONSIBLE GAMING



Harrah's welcomes those that are of legal casino gambling age to our website.

Know When to Stop Before You Start® Gambling Problem?  Call 1-800-522-4700.
© 2008 Harrah's License Company, LLC. All Rights Reserved.
The use of this website is governed by Nevada law.
Privacy | Security | Legal

EXHIBIT 3



THE OFFICIAL TRAVEL RESOURCE FOR THE SAN DIEGO REGION

Search the Site

◄ HOME

WEATHER    SURF REPORT

**Visitor Information**
**Where to Stay**
**Dining & Nightlife**
**What to Do**
**Event Calendar**
**Getting Around**
**Resources**

Visitors
Meeting Professionals
Media
Travel Professionals
Members

**SAN DIEGO TRAVEL NEWS**

Sign up now and discover the best travel deals!

Enter E-Mail Address

Why Sign Up?

Advertisement

Plan your next Meeting/Event in San Diego.

**▶ Harrah's Rincon Casino and Resort**

760-751-3100
877-777-2457 (Toll-Free)
777 Harrah's Rincon Way
Valley Center, CA 92082
MAP

▶ View Website

• Harrah's Rincon Casino & Resort

▶ BOOK NOW

Harrahs Rincon Casino & Resort is a perfect getaway from it all. We offer 662 luxuriously appointed guestrooms including 104 suites, 8 great restaurants, 1600 slot machines and over 60 table games for you to choose from. Why go anywhere else? Enjoy Las Vegas action, San Diego style.

Hotel Amenities:
Bellman/Bell Desk
Daily Maid Service
Data Port Accessibility
Dry Cleaning/Laundry Service
Fitness Room
Hair Dryer
Handicap Facilities
High Speed Internet Access
In Room Safes
Irons and Ironing Boards
Loan Items: Toothbrush, Razor, Comb
Mail (Incoming and Outgoing)
Pay Per View Movies
Rollaway Beds
Room Service
Safety Deposit Boxes
Self Parking
Spa at Harrah's with 10 treatment rooms
Swimming Pool
Valet Parking Complimentary
Vending Machines
Video/Express Check-Out
Voice Mail
Wake Up Calls
Wheelchairs

Rooms:
Our hotel features 662 spacious hotel rooms including 104 suites to choose from. Each oversized guestroom features one king or two queen size beds, a large luxury bath with tub, and a separate glass-enclosed shower area.

Restaurants:
Explore eight great restaurants ranging from cafe to buffet to gourmet. At the Oasis Lounge, Spirits or Cabana Cove, enjoy drinks, sports on Plasma Screen TVs, music videos, and live entertainment on the weekends.

Hotel Policies:

**ONLINE RESERVATIONS**

Dining | Cars | Flights

Hotels | Tickets | Packages

Select Neighborhood

Check In:          Check Out:
mm/dd/yyyy      mm/dd/yyyy

Rooms:    Adults:    Children:
1             1             0

More Search Options »

or call 800-350-6205    Find ▶

**▶ TRAVEL TIPS**

▸ **Places To Stay:**

**HARRAH'S RINCON CASINO AND RESORT:**
Harrahs Rincon Casino &...
▸ **Book Now**

**GLORIETTA BAY INN:**
Historic boutique hotel in...
▸ **Book Now**

MORE

▸ **Dining & Nightlife:**

**HARRAH'S RINCON CASINO AND RESORT:**
Harrahs Rincon Casino &...
▸ **More Info**

**ZOCALO:**
Old Town's newest...
▸ **More Info**

MORE

▸ **Things to Do:**

**HARRAH'S RINCON CASINO AND RESORT:**
Harrahs Rincon Casino &...
▸ **Buy Tickets**

**HOT PURSUIT MUSIC ENTERTAINMENT:**
Excellent, entertaining,...
▸ **More Info**

EXHIBIT 4

Check-in Time: 4:00 PM
Check-out Time: 11:00 AM
Pet Policy: Sorry, no pets.

| > Events: | Dates: |
|---|---|
| >Hotdeals start at $109 | 2008-05-06 - 2008-09-30 |
| >Summer Indulgence Spa Package | 2008-05-06 - 2008-09-30 |

| > Featured Amenities: | |
|---|---|
| >Concierge Services | >Restaurant |
| >Health Club On-Site | >Room Service |
| >In-Room Internet Access | >Swimming Pool |


SEND TO A FRIEND          PRINT THIS PAGE

Copyright © San Diego Convention & Visitors Bureau
2215 India Street San Diego, CA 92101

EXHIBIT 4

http://www.sandiego.org/listing/Visitors/4085

**YAHOO! TRAVEL**     Search: [                    ]  [Web Search]

Overview    Hotels    Things to do    Restaurants    Map    Flights    Cars    Deals    FareChase    MyTravel

Search Travel  _____   [Search Travel]   Add Travel to Yahoo! Toolbar

Travel > Guides > North America > United States > California > Valley Center > Hotels > Harrahs Rincon Casino and Resort

## Harrahs Rincon Casino and Resort, Valley Center



PHOTO ALBUM | IMAGE SEARCH
Add your photos of this Hotel

Hotel Class: ★★★☆☆

**$119**
[CHECK RATES]

777 HARRAH'S Rincon Way
Valley Center, CA 92082

Welcome to Harrah's Rincon Casino and Resort -
Enjoy Las Vegas action San Diego style.
Harrah's Rincon Casino and Resort offers
breathtaking views of...  more

**Amenities**
Swimming Pool, Fitness Center, Spa/Massage,
Broadband Access, Television.. see all

★★★★☆  Average
Rating (5)
Read 2 Reviews

Write a Review

Add to Trip

Travelers think it's best for:

No entries yet...
Dining? Shopping?

[Tell us what YOU think]

SPONSOR RESULTS

**Anaheim California Hotels**
Free high-speed Internet in every
room. Official site - Book Now.
www.Holidayinn.com

**Stylish Anaheim California
Hotel $89**
Lemon Tree Hotel: Lush Gardens,
Breakfast, Pool, Hot Tub & Comfy
Beds.
hotelaaa.com

**Albuquerque NM Hotels**
Enjoy a comfortable stay in
Albuquerque at Casas de Suenos
- call now.
www.casasdesuenos.com

**Valley Center, CA hotel deals**
UPDATED!

### Harrahs Rincon Casino and Resort
Deals from $119

CHECK PRICE AND AVAILABILITY

Check-in          Check-out
[mm/dd/yy]        [mm/dd/yy]

Check on Orbitz

Check on Expedia

Check on Travelocity

### Valley Center Hotel Deals

SPONSOR LINKS

**United States Hotels: Hoteltravel.com**
www.HotelTravel.com   Discounted hotels in United
States up to 75%. Book now.

**United States Hotels**
LowFares.com/Hotels   Find Great Deals in Every City.
Save Up to 40% on Your Stay.

**Cheap Hotel Prices In United States**
www.tripmama.com   Find Cheap Hotel Prices In United
States.Search & Save From Tripmama.

**Valley Center, CA hotel deals**

Sign in to see your profile
information, Trip Plans, and more...

Recent History          on | off

No recent history

Trip Planner            close

Save, organize and
share your trip ideas
with Trip Planner

### Reviews of Harrahs Rincon Casino and Resort

2 Reviews

  ★★★★★
**Better than Vegas!**
by A Yahoo! Contributor
The hotel was very clean and
had all of the amenities we
needed, except for a computer
in the diamond lounge. The pool
area was gorgeous... more

  ★★★☆☆
**The good & bad**
by A Yahoo! Contributor
As a weekly Harrah's guest I can
brag about the food, the
employees, the cleanliness and a
little bit about the rooms. The
rooms are... more

### Recommended Places Near Harrahs Rincon Casino and Resort

Fullscreen Map

Restaurants

Attractions

Hotels

1   La Jolla Indian Campground
2   Cupid's Castle B & B
3   Rancho Corrido Campground
4   Oak Knoll Campground
5   Woods Valley Rv Park & Cmpgrnd

[Submit a change or correction for
this hotel]

More about Harrahs Rincon
Casino and Resort

Harrah's Rincon Casino & Resort
This 651 room property is located
near San Diego Intl airport.
Facilities... more
ProfessionalTravelGuide.com

harrah's rincon casino & resort -
valley center, california
harrah's rincon casino & resort -
valley center. read reviews and...
more
Open List

Harrahs Rincon Casino And Resort
- Valley Center, CA
Harrahs Rincon Casino & Resort
21-story tower offers 653 hotel
rooms... more
SlideStep.com

Harrahs Rincon

EXHIBIT 4

Case 3:08-cv-00938-L-JMA    Document 12-8    Filed 07/14/2008    Page 4 of 5



**tripadvisor**
get the truth. then go.

Home    United States    California (CA)    Valley Center    Valley Center Hotels

# Harrah's Rincon Casino & Resort



**Rooms:** 201

Hotel photos
Map this hotel
Hotel amenities
**Call now to book: 1-800-733-5916 from Orbitz**

**TripAdvisor Traveler Rating:**

A summary score based on quality, quantity and age of traveler ratings.

30 reviews

3

1

0

**30 Reviews**

19

7

**TripAdvisor Popularity Index:**

Measures overall traveler satisfaction based on ratings, reviews and other sources.

#1 of 1 hotels in Valley Center

Address
777 Harrah's Rincon Way
Valley Center, CA 92082

EXHIBIT 4

**MYTravelGuide℠**

Harrahs Rincon
Escape Today to a Harrah's Hotel
Get Guaranteed Low Rates!
www.HarrahsRincon.com

Meadowood Napa Valley
Intimate Setting In A Private
Estate. Reserve Your Stay Here.
www.Meadowood.com

Napa Valley Hotels
3 Days / 2 Nights Hotel Package +
$25 Dining Card - Only $99!
www.ExclusiveGetawayVacations.c

Beautiful Blue Lake Tahoe
Soak Up the Sun & Relax All Day,
or Seek the Thrills of the Nightlife
www.BlueLakeTahoe.com

Ads by Google

| Home | Hotels | Attractions | Restaurants | Flights | Rental Cars | Vacation Packages | Cruises | Last Minute Deals | Travel Guides |

Home >Hotels >United States >California >Valley Center > Harrahs Rincon

Search MyTravelGuide:

### Overview
User Reviews
Map
Book this Hotel
Nearby Hotels
Nearby Attractions
Nearby Restaurants

**Browse Valley Center**
Valley Center Travel Guide
Valley Center Hotels
Valley Center Attractions
Valley Center Restaurants
Valley Center Map
Nearby Cities & Towns
Valley Center Deals
Valley Center Flights
Valley Center Rental Cars
Add Valley Center to MY Places

**MY Recently Viewed Places**
You do not have any recently
viewed hotels, attractions,
restaurants or destinations.

IN ASSOCIATION WITH
**ZAGAT SURVEY**

**Popular California Hotels**
1. Omni San Francisco Hotel
   San Francisco, CA
2. Omni San Diego
   San Diego, CA
3. Renaissance Club Sport
   Walnut Creek
   Walnut Creek, CA
4. The Cypress Hotel
   Cupertino, CA
5. Hotel Monaco
   San Francisco, CA
6. The Westin Long Beach
   Long Beach, CA
7. Hotel Palomer
   San Francisco, CA
8. Hyatt Regency Huntington
   Beach
   Huntington Beach, CA
9. Park Hyatt San Francisco
   San Francisco, CA
10. Westin Palo Alto
    Palo Alto, CA

**Popular Attractions**
1. Times Square
   New York, NY
2. Disney World
   Lake Buena Vista, FL
3. Thistle Trafalgar Square
   London, England
4. Niagara Falls
   Niagara Falls, NY
5. Eiffel Tower
   Paris, France
6. Metropolitan Museum of Art
   New York, NY
7. Statue of Liberty
   New York, NY
8. Buckingham Palace
   London, England
9. Chateau de Versailles
   Paris, France
10. Yosemite National Park
    Fresno, CA

### Harrahs Rincon
777 Harrahs Rincon Way, Valley Center, CA

Harrahs Rincon Casino and Resort is a perfect getaway from your stress and worries.
Nestled up in the mountains, you can get away day or night to the newest hotspot for
exciting casino action. [more]

Amenity Highlights – Casino, 24 Hour Front Desk, Bar/Lounge, Restaurant, Mini Bar

Average User Rating: **8.0** [ rate it ]

Add to MY Places      Share this hotel

On this Page: Compare Prices • Photos • User Reviews • Amenities

## Compare Prices for Harrahs Rincon Valley Center

**Step 1**
Enter your travel details:

| Check-In Date | Check-Out Date | Guests | Rooms |
|---|---|---|---|
| 07/11/2008 | 07/14/2008 | 1 | 1 |

**Step 2**
Choose a travel site:



| Expedia | travelocity | priceline |
|---|---|---|
| search » | search » | search » |

See more great deals for Harrahs Rincon Valley Center »

### Photos of Harrahs Rincon, Valley Center
Add your own photo of Harrahs Rincon

### User Reviews for Harrahs Rincon, Valley Center
Add Your Own Review »

**Average User Rating: 8.0**

Cleanliness:[9.5] • Staff:[9.5] • Location:[4.5]
Based on 2 user ratings

Apr 24, 2007 by Dave from Redondo Beach
Overall Rating: 6
Cleanliness:[9] • Staff:[9] • Location:[4]

1 like the overall layout. It's not the "fishbowl" like other casinos.
Slots are incredibly restrictive. They are basically "revenue" machines.

"Nice resort! great food, courteous employees, ample convenient parking, the rooms are nice but
sound from adjacent rooms transmits a bit to much. I can't speak for the table games but the slots
are pretty restrictive and Ive been coming as a guest for over 2 years. I've recently found valley
view casino (5 minutes east) to have considerably more relaxed slots. If you're into "rewards"
beware that Harrahs doesnt exactly live up to their word relative to them as, they are confusing
and deceptive. Harrahs Rincon casino is not a convenient location for business travelers but is a
good stop for "casino hopping". Good luck!"

View All User Reviews                                    Report This

### Amenities at Harrahs Rincon, Valley Center

| | |
|---|---|
| 24 Hour Front Desk | Mini Bar |
| Bar/Lounge | No Smoking Rooms/Facilities |
| Casino | Parking |
| Concierge | Pool |
| Express Checkout | Restaurant |
| Hairdryers Available | Room Service |
| Meeting/Banquet Facilities | Safe Deposit Box |

**Hotel Representatives:**
Reach millions of travelers. Advertise with us for Harrahs Rincon.
Improve the Harrahs Rincon listing by providing a photo, description or suggesting a correction.

**MYPlaces℠**

Plan and Save Trips
Share with Friends
Track Favorites

Ads by Google

**Geyserville Inn**
Modern, renovated
rooms, amazing value,
stunning views & 70
wineries
www.geyservilleinn.com

**Buellton CA Hotels**
Guaranteed Low Rates
for Hotels in Buellton!
www.usahotelguide.com

**Yountville-French
Laundry**
Stay at Yountville Inn-
Walk to the French
Laundry and Bouchon!
www.yountvilleinn.com

**All Rincon Casino Deals**
Save up to 70% on
special deals to Rincon
Casino at Yahoo Travel.
travel.yahoo.com

**What to do in Napa
Valley**
Insider tips on Napa
Valley hotels wineries and
things to do in Napa!
www.NapaValleyTripPlanner.com

**EXHIBIT 4**

# Fictitious Business Records

### Business Information

| | |
|---|---|
| **Name:** | HARRAH'S RINCON CASINO |
| **Business Address:** | 777 HARRAHS RINCON |
| | VALLEY CENTER, CA 92082-5343 |
| | SAN DIEGO COUNTY |
| **Jurisdiction:** | CA |
| **Business Telephone:** | 760-751-3100 |
| **Type:** | DBA |
| **Date:** | 11/21/2002 |
| **Business Description:** | CASINOS |
| **SIC:** | 799302 |

### Contact Information

| | |
|---|---|
| **Address:** | 777 HARRAHS RINCON WAY |
| | VALLEY CENTER, CA 92082-5343 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Copyright© 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

EXHIBIT 5

1  Lawrence S. Eisenberg, Esq.  State Bar No. 114120
   leisenberg@eisenberg-law.com
2  EISENBERG & ASSOCIATES, APC
   9210 Irvine Center Drive
3  Irvine, California  92618
   Telephone:(949) 753-1500
4  Facsimile: (949) 753-1516

5  Attorneys for Plaintiff FLORENCE BEARDSLEE

6

7                          UNITED STATES DISTRICT COURT

8                         SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| FLORENCE BEARDSLEE, | CASE NO.: 08-CV-0938 L JMA |
| Plaintiff, | Judge: Hon. M. James Lorenz |
| | Mag. Judge: Hon. Jan M. Adler |
| vs. | Action Date: August 14, 2007 |
| HARRAH'S OPERATING COMPANY, INC.; HARRAH'S ENTERTAINMENT, INC.; HARRAH'S RINCON CASINO & RESORT; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC and DOES 1 to 100, inclusive, | CERTIFICATE OF SERVICE OF PLAINTIFF FLORENCE BEARDSLEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| Defendants. | |

        I, the undersigned, declare that:

        I am over the age of 18 years and not a party to the case; I am employed in, or am a

resident of, the County of Orange, State of California, where the within mailing occurs, and my

business address is 9210 Irvine Center Drive, Irvine, California 92618.

        I further declare that I am readily familiar with Eisenberg & Associates, APC 's practice

for collection and processing of correspondence for mailing with the United States Postal

Service; and that the correspondence shall be deposited with the United States Postal Service this

same day in the ordinary course of business.

                                    -1-

1    I caused to be served this 14th day of July 2008, the following documents:

2    ● **PLAINTIFF FLORENCE BEARDSLEE'S MEMORANDUM OF POINTS
         AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO
3        DISMISS**

4    ● **DECLARATION OF LAWRENCE S. EISENBERG IN OPPOSITION TO
         DEFENDANTS' MOTION TO DISMISS**

5
     ● **DECLARATION OF FLORENCE M. BEARDSLEE**
6
     ● **NOTICE OF LODGMENT OF EXHIBITS IN OPPOSITION TO
7        DEFENDANTS' MOTION TO DISMISS**

8    on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes
     and/or electronically mailing as follows:
9
     Ronald R. Guisso, Esq.
10   rguisso@sheastokes.com
     Maria C. Roberts, Esq.
11   mroberts@sheastokes.com
     Shea Stokes Roberts & Wagner ALC
12   510 Market Street, Third Floor
     San Diego, CA 92101-4261
13   Telephone: (619) 232-4261; Facsimile: (619) 232-4840

14
     [ X ]    BY MAIL: I am readily familiar with the firm's practice of collection and processing
15            correspondence for mailing. Under that practice it would be deposited with U.S. postal
              service on that same day with postage thereon fully prepaid at Irvine, California in the
16            ordinary course of business pursuant to Federal Rule of Civil Procedure section 5 (b). I
              am aware that on motion of the party served, service is presumed invalid if postal
17            cancellation date or postage meter date is more than one day after day of deposit for
              mailing in affidavit.
18
19            I then sealed each envelope and, with postage thereon fully prepaid, I placed each for

20   deposit in the United States Postal Service this same day, at my business address shown above,

21   following ordinary business practices.

     [X]      BY E-Mail: Notice has been electronically mailed to: rguisso@sheastokes.com;
22
23   lpierce@sheastrokes.com; wroan@sheasstokres.com

              I declare under penalty of perjury, under the laws of the State of California, that the
24
25   foregoing is true and correct and was executed on July 14, 2008 at Irvine, California.

26            Janis L. Hughes

27

28
                                                  -2-