1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  FLORENCE BEARDSLEE,              )    Civil No. 08cv938 L (JMA)
                                     )
11              Plaintiff,           )
                                     )    **ORDER re: ORAL ARGUMENT**
12       v.                          )    [doc. #11]
                                     )
13  HARRAH'S OPERATING               )
    COMPANY, INC., *et al.*,         )
14                                   )
                                     )
15              Defendants.          )
                                     )
16  _____       )

17         Defendants' motion to dismiss the complaint under Federal Rule of Civil Procedure

18  12(b)(1), (2),(6), and (7) is set for hearing on July 28, 2008.  The Court finds this matter suitable

19  for determination on the papers submitted and without oral argument pursuant to Civil Local

20  Rule 7.1(d)(1).  Accordingly, no appearances are required.

21         Additionally, the Court notes that plaintiff's opposition to defendants' motion to dismiss

22  is due not later than July 14, 2008.  Civil Local Rule 7.1.f.3 provides that "[i]f an opposing party

23  fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may

24  constitute a consent to the granting of a motion or other request for ruling by the court."

25         **IT IS SO ORDERED.**

26  DATED:  July 14, 2008

27
                                          _____
28                                        M. James Lorenz
                                          United States District Court Judge

1  COPY TO:

2  HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
3

4  ALL PARTIES/COUNSEL

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28